UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| The Humane Society of the United States;<br>Help Our Wolves Live ("HOWL"); and<br>Animal Protection Institute,<br><br>  Plaintiffs,<br><br>v.<br><br>Dirk Kempthorne, Secretary of the Interior;<br>United States Department of the Interior;<br>and United States Fish and Wildlife Service,<br><br>  Defendants. | Case: 1:07-cv-00677<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 4/16/2007<br>Description: Humane Society v. Kempthorne |

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs The Humane Society of the United States, Help Our Wolves Live ("HOWL"), and Animal Protection Institute, certify that to the best of my knowledge and belief, the above named Plaintiffs have no parent companies, subsidiaries, or affiliates with any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated: April 16, 2007

/s/ Rebecca Judd
Rebecca Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn, D.C. Bar No. 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC 20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill, Minn. Bar No. 82521
boneill@faegre.com
Sanne H. Knudsen, Minn. Bar No. 0344552
sknudsen@faegre.com
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs The Humane Society of the United States, Help Our Wolves Live, and Animal Protection Institute*