FILED
APR 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States;<br>Help Our Wolves Live ("HOWL"); and<br>Animal Protection Institute,<br><br>    Plaintiffs,<br><br>v.<br><br>Dirk Kempthorne, Secretary of the Interior;<br>United States Department of the Interior;<br>and United States Fish and Wildlife Service,<br><br>    Defendants. | Case: 1:07-cv-00677<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 4/16/2007<br>Description: Humane Society v. Kempthorne |

**MOTION FOR ADMISSION PRO HAC VICE OF BRIAN B. O'NEILL,**
**SANNE H. KNUDSEN, AND MICHAEL C. SOULES**
**AND MOTION FOR RELIEF FROM LOCAL RULE 83.2(c)**

Rebecca Judd, of The Humane Society of the United States, being an active member of the bar of this Court, hereby moves for an order admitting Brian B. O'Neill, Sanne H. Knudsen, and Michael C. Soules to the bar of this Court, to participate as counsel *pro hac vice* in the above-captioned case. Mr. O'Neill (Minn. Bar #82521), Ms. Knudsen (Minn. Bar #0344552), and Mr. Soules (D.C. Bar # 477911) are members in good standing of their respective bars. Declarations providing the information required under Local Rule 83.2(d) are submitted herewith.

Mr. O'Neill, Ms. Knudsen, and Mr. Soules will promptly comply with all orders of this Court and consent to the exercise of disciplinary jurisdiction by this Court. Pursuant to Local Rule 83.2(d), the undersigned requests permission for Mr. O'Neill, Ms. Knudsen, and Mr. Soules to participate in court proceedings in this case.

In addition, the undersigned requests permission for Mr. O'Neill, Ms. Knudsen, and Mr. Soules to sign pleadings in this case, provided that the undersigned will approve the pleadings prior to signing. Mr. O'Neill, Ms. Knudsen, and Mr. Soules are actively involved in the case and have ready access to the technology required by the Court's Electronic Case Filing System. Relief from Local Rule 83.2(c) will greatly improve plaintiff counsel's ability to comply with the Court's order that all pleadings be filed electronically.

Case 1:07-cv-00677-PLF    Document 3    Filed 04/16/2007    Page 2 of 9

WHEREFORE, the undersigned respectfully requests that Mr. O'Neill, Ms. Knudsen, and Mr. Soules be admitted to the bar of this Court for the duration of this case, and that they be granted permission to appear and sign pleadings.

Dated: April 16, 2007

Respectfully submitted,

_____
Rebecca Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn, D.C. Bar No. 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill, Minn. Bar No. 82521
boneill@faegre.com
Sanne H. Knudsen, Minn. Bar No. 0344552
sknudsen@faegre.com
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs The Humane Society of the United States, Help Our Wolves Live, and Animal Protection Institute*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| The Humane Society of the United States;<br>Help Our Wolves Live ("HOWL"); and<br>Animal Protection Institute,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Dirk Kempthorne, Secretary of the Interior;<br>United States Department of the Interior;<br>and United States Fish and Wildlife Service,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. _____ |

**DECLARATION OF BRIAN B. O'NEILL
IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION**

BRIAN B. O'NEILL, hereby declares:

1.　　I am an attorney with Faegre & Benson LLP, and I am one of the lawyers representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

2.　　I am a member of the bar in good standing of the Supreme Court of Minnesota.

3.　　My Minnesota Bar License number is 82521.

4.　　My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5.　　I have not been disciplined by the bar of any court.

6.　　I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8. I am admitted to practice in the following jurisdictions:

State:
> Minnesota
> Michigan

Federal:
> U.S. Supreme Court
> U.S. Claims Court
> U.S. Court of Appeals, 6th Circuit
> U.S. Court of Appeals, 7th Circuit
> U.S. Court of Appeals, 8th Circuit
> U.S. Court of Appeals, 9th Circuit
> U.S. Court of Appeals, 10th Circuit
> U.S. Court of Appeals, 11th Circuit
> U.S. Court of Appeals, Federal Circuit
> U.S. Court of Military Appeals
> U.S. Court of Military Review
> U.S. District Court, District of Minnesota
> U.S. District Court, District of Alaska

9. I have been admitted *pro hac vice* twice in this Court in the past two years in the cases of *Defenders of Wildlife v. Norton*, Case No. 1:05-cv-01573-ESH, filed on August 4, 2005, and *Humane Society of the United States v. Kempthorne*, Case No. 1:06-cv-01279-CKK, filed on July 19, 2006.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9th day of April, 2007.

Brian B. O'Neill

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

The Humane Society of the United States;
Help Our Wolves Live ("HOWL"); and
Animal Protection Institute,

        Plaintiffs,

v.

Dirk Kempthorne, Secretary of the
Interior; United States Department of the
Interior; and United States Fish and
Wildlife Service,

        Defendants.

**Civil No. _____**

### DECLARATION OF SANNE H. KNUDSEN
### IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

SANNE KNUDSEN, hereby declares:

    1.    I am an attorney with Faegre & Benson LLP, and I am one of the lawyers representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

    2.    I am a member of the bar in good standing of the Supreme Court of Minnesota.

    3.    My Minnesota Bar License number is 0344552.

    4.    My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

    5.    I have not been disciplined by the bar of any court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8. I am admitted to practice in the following jurisdictions:

> State:
>> Minnesota
>> Illinois
>
> Federal:
>> U.S. Supreme Court
>> U.S. Court of Appeals, D.C. Circuit
>> U.S. Court of Appeals, 6th Circuit
>> U.S. Court of Appeals, 8th Circuit
>> U.S. Court of Appeals, 9th Circuit
>> U.S. District Court, Northern District of Illinois
>> U.S. District Court, District of Minnesota

9. I have been admitted pro hac vice twice in this Court in the past two years in the cases of *Defenders of Wildlife v. Norton*, Case No. 1:05-cv-01573-ESH, filed on August 4, 2005, and *Humane Society of the United States v. Kempthorne*, Case No. 1:06-cv-01279-CKK, filed on July 19, 2006.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of April, 2007.

Sanne H. Knudsen

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The Humane Society of the United States; ) <br> Help Our Wolves Live ("HOWL"); and ) <br> Animal Protection Institute, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Dirk Kempthorne, Secretary of the Interior; ) <br> United States Department of the Interior; ) <br> and United States Fish and Wildlife Service, ) <br> ) <br> Defendants. ) <br> ) | Civil No. _____ |

**DECLARATION OF MICHAEL C. SOULES
IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION**

MICHAEL C. SOULES, hereby declares:

1. I am an attorney with Faegre & Benson LLP, and I am one of the lawyers representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

2. I am a member in good standing of the State Bar of Michigan and the District of Columbia Bar.

3. My Michigan bar number is P66312 and my D.C. bar number is 477911.

4. My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5. I have not been disciplined by the bar of any court.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

7.  I am admitted to practice in the following jurisdictions:

> State:
> > District of Columbia
> > Michigan
>
> Federal:
> > U.S. Court of Appeals, 9th Circuit

8.  Over the past two years, I have been admitted *pro hac vice* once in this Court, in the case of *Southern Utah Wilderness Alliance v. U.S. Bureau of Land Management*, No. 1:04-CV-01446-HHK.

9.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9th day of April, 2007.

_____
Michael C. Soules

-2-