**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); and Animal Protection Institute, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Civil No. 1:07-cv-00677-PLF** |
| v. | ) ) ) | |
| Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED**
**AS TO ATTORNEY GENERAL AND FEDERAL DEFENDANTS**

I hereby certify that service of the Complaint and Summons in the above-captioned case has taken place in the following manner:

1.      Dirk Kempthorne, Secretary of the Interior, was served via certified mail on April 19, 2007.

2.      The United States Department of Interior was served via certified mail on April 19, 2007.

3.      The United States Fish and Wildlife Service was served via certified mail on April 19, 2007.

4.      The United States Attorney General was served via certified mail on April 19, 2007.

Certified mail return receipts from the United States Postal Service verifying the above delivery information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.


Dated: April 30, 2007                                  Respectfully submitted,


                                                       /s/  Rebecca G. Judd
                                                       Rebecca G. Judd, D.C. Bar No. 486315
                                                       rjudd@hsus.org
                                                       Jonathan R. Lovvorn, D.C. Bar No. 461163
                                                       jlovvorn@hsus.org
                                                       The Humane Society of the United States
                                                       2100 L Street, NW
                                                       Washington, DC  20037
                                                       (202) 452-1100
                                                       (202) 778-6132 (facsimile)

                                                       Brian B. O'Neill, Minn. Bar No. 82521
                                                       boneill@faegre.com
                                                       Sanne H. Knudsen, Minn. Bar No. 0344552
                                                       sknudsen@faegre.com
                                                       Michael C. Soules, D.C. Bar No. 477911
                                                       msoules@faegre.com
                                                       FAEGRE & BENSON LLP
                                                       2200 Wells Fargo Center
                                                       90 South Seventh Street
                                                       Minneapolis, MN  55402-3901
                                                       (612) 766-7000
                                                       (612) 766-1600 (facsimile)

                                                       *Attorneys for Plaintiffs The Humane Society of
                                                       the United States, Help Our Wolves Live, and
                                                       Animal Protection Institute*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

B. Received by ( Printed Name)    C. Date of Delivery
APR 19 2007

1. Article Addressed to:

Dirk Kempthorne
Secretary of the Interior
US Department of the Interior
1849 C. Street NW
Washington DC 20240

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0006 5850 1500

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

B. Received by (Printed Name)    C. Date of Delivery
APR 19 2007

1. Article Addressed to:

US Department of the Interior
1849 C. Street NW
Washington DC 20240

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0006 5850 1333

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

U.S. Fish & Wildlife Service
1849 C Street, NW
Washington, DC 20240

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0006 5850 1326

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

B. Received by (Printed Name)    C. Date of Delivery
APR 19 2007

1. Article Addressed to:

United States Attorney General
U.S. Dept of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0006 5850 1517

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-