# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| The Humane Society of the United States;<br>Help Our Wolves Live ("HOWL"); and<br>Animal Protection Institute,<br><br>    Plaintiffs,<br><br>v.<br><br>Dirk Kempthorne, Secretary of the Interior;<br>United States Department of the Interior; and<br>United States Fish and Wildlife Service,<br><br>    Defendants. | Civil No. 1:07-cv-00677-PLF |

## AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED AS TO U.S. ATTORNEY

  I hereby certify that service of the Complaint and Summons in the above-captioned case has taken place in the following manner:

  1. The United States Attorney for the District of Columbia was served via certified mail on April 18, 2007.

  The certified mail return receipt from the United States Postal Service verifying the delivery information is attached.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 30, 2007                              Respectfully submitted,

/s/  Rebecca G. Judd
Rebecca G. Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn, D.C. Bar No. 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill, Minn. Bar No. 82521
boneill@faegre.com
Sanne H. Knudsen, Minn. Bar No. 0344552
sknudsen@faegre.com
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs The Humane Society of the United States, Help Our Wolves Live, and Animal Protection Institute*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 1 8 2007 |
| 1. Article Addressed to:<br><br>U.S. Attorney's Office<br>for the District of Columbia<br>Civil Process Clerk<br>555 4th Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 0810 0006 5850 1524 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540