IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, <u>et al.</u>, ) ) ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 1:07-cv-677-PLF |
| ) | |
| DIRK KEMPTHORNE, Secretary of the Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, and the UNITED STATES FISH and WILDLIFE SERVICE. ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that JIMMY A. RODRIGUEZ will be appearing as counsel for Defendants in the above-captioned case. Service of all papers by regular U.S. Mail may be made to Mr. Rodriguez at the following address:

   Jimmy A. Rodriguez
   United States Department of Justice
   Environment and Natural Resources Division
   Ben Franklin Sta., P.O. Box 7369
   Washington, D.C. 20044-7369
   telephone: 202-305-0342
   fax: 202-305-0275

DATED this 4th day of May, 2007.

                              MATTHEW J. MCKEOWN
                              Acting Assistant Attorney General
                              Environment and Natural Resources Division
                              JEAN E. WILLIAMS, Chief
                              Wildlife and Marine Resources Section

                              s/ Jimmy A. Rodriguez
                              JIMMY A. RODRIGUEZ, Trial Attorney
                              Ben Franklin Station, P.O. Box 7369
                              Washington, D.C. 20044-7369
                              (202) 305-0342

                              Attorneys for Defendants