UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 07-0677 (PLF) ) ) ) ) ) ) ) |

ORDER

The Court has before it two motions to intervene as defendants in this action: that of the U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunting Association, Scott Meyer, and Rob Stafholt [4], and that of Safari Club International, Safari Club International Foundation, and the National Rifle Association [5]. Plaintiffs filed a response to the motions, in which they indicated that they opposed only intervention as of right under Rule 24(a) of the Federal Rules of Civil Procedure. Plaintiffs do not oppose permissive intervention under Rule 24(b). See Plaintiffs' Response to the Motions to Intervene at 3. Upon consideration of the foregoing, it is hereby

ORDERED that the motion of the U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunting Association, Scott Meyer, and Rob Stafholt [4] to intervene as defendants pursuant to Rule 24(b)(2) of the Federal Rules of Civil Procedure is GRANTED; it is

FURTHER ORDERED that the motion of Safari Club International, Safari Club International Foundation, and the National Rifle Association [5] to intervene as defendants pursuant to Rule 24(b)(2) of the Federal Rules of Civil Procedure is GRANTED; and it is

FURTHER ORDERED that all filings by all of the defendant-intervenors

shall be in the form of a joint filing and shall conform with the standards and page limits set forth in the Local Civil Rules.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 30, 2007