**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al. | ) ) ) | |
| Plaintiffs, | ) ) | **Case: 1:07-cv-00677** |
| v. | ) ) ) | |
| DIRK KEMPTHORNE, SECRETARY OF THE INTERIOR, et al. | ) ) ) ) | |
| Federal Defendants, | ) ) | |
| and | ) ) | |
| THE U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTERS ASSOCIATION, SCOTT MEYER, and ROBERT STAFSHOLT | ) ) ) ) ) | |
| Applicant Intervenor/Defendants. | ) | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for the U.S. Sportsmen's Alliance Foundation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the U.S. Sportsmen's Alliance Foundation which have outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

G:\101002\42\LSS0316.DOC

                Attorney of Record for U.S. Sportsmen's Alliance Foundation

     /s/ William P. Horn_____
William P. Horn (D.C. Bar No. 375666)
James H. Lister (D.C. Bar No. 447878)
Birch, Horton, Bittner & Cherot
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC  20036
Telephone: (202) 659-5800
Facsimile:  (202) 659-1027
Email: whorn@dc.bhb.com
Email:  jlister@dc.bhb.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this, the _____ day of April, 2007, the foregoing document was mailed by first class mail to:

Rebecca G. Judd, Esq.
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C.  20037
Counsel for Plaintiffs

Brian B. O'Neill, Esq.
Sanne H. Knudsen, Esq.
Michael C. Soules, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Counsel for Plaintiffs

Dirk Kempthorne, Secretary of the Interior[*]
Department of the Interior
1849 C Street, N.W.
Washington, D.C.  20240

United States Department of Interior[*]
1849 C Street N.W.
Washington, D.C.  20240

United States Fish and Wildlife Service[*]
1849 C Street, N.W.
Washington, D.C.  20240

                                        William P. Horn (D.C. Bar No. 375666)
                                        James H. Lister (D.C. Bar No. 447878)
                                        Birch, Horton, Bittner & Cherot
                                        1155 Connecticut Avenue, N.W., Suite 1200
                                        Washington, DC  20036

---

[*] No attorney has entered an appearance for the Federal Defendants to date.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HUMANE SOCIETY OF THE ) <br> UNITED STATES, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> SECRETARY OF THE INTERIOR, et al. ) <br> ) <br> ) <br> Federal Defendants, ) <br> ) <br> and ) <br> ) <br> THE U.S. SPORTSMEN'S ALLIANCE ) <br> FOUNDATION, WISCONSIN BEAR ) <br> HUNTERS ASSOCIATION, SCOTT ) <br> MEYER, and ROBERT STAFSHOLT ) <br> ) <br> Applicant Intervenor/Defendants. ) | **Case: 1:07-cv-00677** |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for the Wisconsin Bear Hunters Association, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Wisconsin Bear Hunters Association which have outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

                                       Attorney of Record for Wisconsin
                                                   Bear Hunters Association

                                           /s/ William P. Horn_____
                                        William P. Horn (D.C. Bar No. 375666)
                                        James H. Lister (D.C. Bar No. 447878)
                                        Birch, Horton, Bittner & Cherot
                                        1155 Connecticut Avenue, N.W., Suite 1200
                                        Washington, DC  20036
                                        Telephone: (202) 659-5800
                                        Facsimile:  (202) 659-1027
                                        Email: whorn@dc.bhb.com
                                        Email:  jlister@dc.bhb.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 20th day of April, 2007, the foregoing document was mailed by first class mail to:

Rebecca G. Judd, Esq.
The Humane Society of the United States
2100 L Street, N.W.
Washington, D.C.  20037
Counsel for Plaintiffs

Brian B. O'Neill, Esq.
Sanne H. Knudsen, Esq.
Michael C. Soules, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Counsel for Plaintiffs

Dirk Kempthorne, Secretary of the Interior[*]
Department of the Interior
1849 C Street, N.W.
Washington, D.C.  20240

United States Department of Interior[*]
1849 C Street N.W.
Washington, D.C.  20240

United States Fish and Wildlife Service[*]
1849 C Street, N.W.
Washington, D.C.  20240

                                        /s/ James H. Lister
                                        William P. Horn (D.C. Bar No. 375666)
                                        James H. Lister (D.C. Bar No. 447878)
                                        Birch, Horton, Bittner & Cherot
                                        1155 Connecticut Avenue, N.W., Suite 1200
                                        Washington, DC  20036

---

[*] No attorney has entered an appearance for the Federal Defendants to date.