# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES *et al.* | ) ) ) ) ) ) ) ) | |
| Plaintiffs | ) ) | 1:07-cv-00677(PLF) |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.* | ) ) ) | |
| Defendant | ) ) | |
| and | ) ) | |
| SAFARI CLUB INTERNATIONAL<br>4800 West Gates Pass Road<br>Tucson, Arizona 85745 | ) ) ) ) | |
| and | ) ) | |
| SAFARI CLUB INTERNATIONAL FOUNDATION<br>4800 West Gates Pass Road<br>Tucson, Arizona 85745 | ) ) ) ) ) ) | |
| and | ) ) | |
| NATIONAL RIFLE ASSOCIATION<br>11250 Waples Mill Rd.<br>Fairfax, VA 22030 | ) ) ) ) ) ) ) | |
| Defendant-Intervenor Applicants | ) | |

## CERTIFICATE OF DISCLOSURE REQUIRED BY LCvR 7.1 OF SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL FOUNDATION AND THE NATIONAL RIFLE ASSOCIATION

I, the undersigned, counsel of record for Defendant-Intervenor Applicants, Safari Club International, Safari Club International Foundation and the National Rifle Association, certify that, to the best of my knowledge and belief, the above named Defendant-Intervenor Applicants have no parent companies, subsidiaries, or affiliates with any outstanding securities in the hands of the public.

This representation is being made in order that the judges of this court may determine the need for recusal.

Dated: April 24, 2007

_____
Anna M. Seidman
(D.C. Bar No. 417091)
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202)-543-8733
Facsimile: (202)-543-1205
**aseidman@sci-dc.org**
Counsel for
Safari Club International and
Safari Club International Foundation

/s/_____
Douglas S. Burdin
(D.C. Bar No. 434107)
501 2nd Street N.E.
Washington, D. C. 20002

Telephone: (202)-543-8733
Facsimile: (202)-543-1205
**dburdin@sci-dc.org**
Counsel for
Safari Club International and
Safari Club International Foundation

Case 1:07-cv-00677-PLF    Document 18    Filed 05/30/2007    Page 5 of 8

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES<br>    et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |
| Plaintiffs | ) | 1:06-cv-01279(CKK) |
| v. | ) |  |
| DIRK KEMPTHORNE, Secretary of the Interior,<br>    et al. | )<br>) |  |
| Defendant | ) |  |
| and | )<br>) |  |
| SAFARI CLUB INTERNATIONAL, et al. | )<br>) |  |
| Defendant-Intervenor Applicants | ) |  |

## **PROPOSED ORDER**

It is hereby ORDERED this _____ day of _____, that Safari Club International and Safari Club International Foundation's Motion to Intervene is granted. Safari Club International and Safari Club International Foundation may intervene as of right and their Answer and Opposition to Plaintiffs' Motion for Preliminary Injunction are deemed filed.

_____
U.S. District Court Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES et al. | ) ) ) ) ) ) ) ) | |
| Plaintiffs | ) | 1:06-cv-01279(CKK) |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al. | ) ) ) | |
| Defendant | ) ) | |
| and | ) ) | |
| SAFARI CLUB INTERNATIONAL, et al. | ) ) | |
| Defendant-Intervenor Applicants | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that the Motion of Safari Club International and Safari Club International Foundation to Intervene and Memorandum of Points and Authorities in Support Thereof, Proposed Order, Proposed Answer on behalf of Safari Club International, Safari Club International Foundation, Proposed Opposition to Plaintiffs' Motion for a Preliminary Injunction, Motion for Leave to Participate in the Determination of Plaintiffs' Motion for a Preliminary Injunction and Rule 7.1 Certificate are being served, via hand delivery to Chambers and via e-mail and hand delivery this 1st day of August 2006 to the following:

Patricia Lane,
plane@hsus.org
Jonathan R. Lovvorn
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street NW
Washington, D.C. 20037

Jimmy Rodriquez
**[ADDRESS AND E-MAIL]**

and by e-mail and regular mail to

Brian B. O'Neill
boneill@faegre.com
Richard A. Duncan
rduncan@faegre.com
Elizabeth H. Schmiesing
Eschmeising@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

*/s/ Anna M. Seidman*

Anna M. Seidman
(D.C. Bar No. 417091)
501 2nd Street N.E.
Washington, D.C. 20002
Tel:  202-543-8733
Fax:  202-543-1205
aseidman@sci-dc.org
Counsel for
Safari Club International
Safari Club International Foundation

2