## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of the Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, and the UNITED STATES FISH and WILDLIFE SERVICE. )<br>)<br>Defendants, )<br>)<br>U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTING ASSOCIATION, et al., )<br>)<br>Intervenor-Defendants, )<br>)<br>SAFARI CLUB INTERNATIONAL and the NATIONAL RIFLE ASSOCIATION, et al., )<br>)<br>Intervenor-Defendants. ) | Civil No. 1:07-cv-677-PLF<br><br>**JOINT PROPOSED BRIEFING SCHEDULE** |

Pursuant to the Court's June 26, 2007 Order, Plaintiffs the Humane Society of the United States, et al., and Federal Defendants Dirk Kempthorne, Secretary of the United States Department of the Interior, et al., Defendant-Intervenors U.S. Sportsmen's Alliance, et al., and Defendant-Intervenors, Safari Club International, et al., hereby propose the following schedule for resolving this matter:

August 17, 2007:     Federal Defendants file administrative record with the Court

October 31, 2007:    Plaintiffs' motion for summary judgment

December 17, 2007:   Federal Defendants' response and cross-motion for summary

|  |  |
|---|---|
|  | judgment and Defendant-Intervenors' response and cross-motion for summary judgment |
| January 14, 2008: | Plaintiffs' reply brief |
| February 11, 2008: | Federal Defendants' reply and Defendant-Intervenors' reply |

Respectfully submitted,

Dated: July 11, 2007

        s/(with permission by Jimmy A. Rodriguez)
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
Sanne H. Knudsen
sknudsen@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 (fax)

Rebecca G. Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC 20037
(202) 452-1100
(202) 778-6132 (fax)
Attorneys for Plaintiffs


Dated: July 11, 2007

Ronald J. Tenpas
Acting Assistant Attorney General
Jean Williams, Chief
Lisa Russell, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section

/s/ Jimmy A. Rodriguez
Jimmy A. Rodriguez, Trial Attorney
P.O. Box 7369
Washington, D.C.  20044-7369

        Telephone: (202) 305-0342
        Facsimile: (202) 305-0275
        Jimmy.Rodriguez@usdoj.gov

        Attorneys for Federal Defendants

Dated: July 11, 2007

        <u>s/(with permission by Jimmy A. Rodriguez)</u>
        Anna M. Seidman, D.C. Bar No. 417091
        Douglas S. Burdin, D.C. Bar No. 434107
        501 2nd Street NE
        Washington, DC 20002
        (202) 543-8733
        (202) 543-1205

        <u>s/(with permission by Jimmy A. Rodriguez)</u>
        William P. Horn, D.C. Bar No. 375666
        James H. Lister, D.C. Bar No. 447878
        Birch, Horton, & Cherot
        1155 Connecticut Ave., NW, Suite 1200
        Washington, DC 20036
        (202) 659-5800
        (202) 659-1027


        Attorneys for Defendant-Intervenors

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Department of the Interior, et al., <br><br> Defendants, <br><br> U.S. SPORTSMEN'S ALLIANCE FOUNDATION, et al., <br><br> Intervenor-Defendants, <br><br> SAFARI CLUB INTERNATIONAL and the NATIONAL RIFLE ASSOCIATION, et al., <br> Intervenor-Defendants. | Civil No. 1:07-cv-677-PLF <br><br><br><br><br><br><br><br> **[PROPOSED] SCHEDULING ORDER** |

The Parties' Joint Proposed Briefing Schedule is hereby adopted by the Court, and the briefing schedule in this case is as follows:

| | |
|---|---|
| August 17, 2007: | Federal Defendants shall file the administrative record |
| October 31, 2007: | Plaintiffs shall file their motion for summary judgment |
| December 17, 2007: | Federal Defendants shall file their response and cross-motion for summary judgment and Defendant-Intervenors shall file their response and cross-motion for summary judgment |
| January 14, 2008: | Plaintiffs shall file their reply brief |
| February 11, 2008: | Federal Defendants shall file their reply and Defendant-Intervenors shall file their reply |

Dated: _____         _____
                                                          HON. PAUL L. FRIEDMAN
                                                          UNITED STATES DISTRICT JUDGE