# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service,<br><br>　　　　　　　Defendants,<br><br>U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunting Association, *et al.*,<br><br>　　　　　　　Intervenor-Defendants,<br><br>Safari Club International, National Rifle Association, *et al.*,<br><br>　　　　　　　Intervenor-Defendants. | **Civil No. 1:07-cv-00677-PLF** |

## PARTIES' JOINT MOTION TO REVISE THE BRIEFING SCHEDULE

Plaintiffs The Humane Society of the United States, *et al.*, Federal Defendants Dirk Kempthorne, Secretary of the United States Department of the Interior, *et al.*, Intervenor-Defendants U.S. Sportsmen's Alliance Foundation, *et al.*, and Intervenor-Defendants Safari Club International, *et al.*, have conferred about scheduling of this case and hereby move to revise the briefing schedule.

In lieu of the current schedule, the parties propose the following schedule for resolving this matter:

　　　　November 14, 2007: Plaintiffs shall file their motion for summary judgment.

January 11, 2008: Federal Defendants shall file their response and cross-motion for summary judgment and Intervenor-Defendants shall file their response and cross-motion for summary judgment.

February 1, 2008: Plaintiffs shall file their reply brief.

February 22, 2008: Federal Defendants shall file their reply brief and Intervenor-Defendants shall file their reply brief.

Dated: October 9, 2007                                   Respectfully submitted,

/s/  Michael C. Soules
Rebecca G. Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn, D.C. Bar No. 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill, Minn. Bar No. 82521
boneill@faegre.com
Sanne H. Knudsen, Minn. Bar No. 0344552
sknudsen@faegre.com
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs*

Dated: October 9, 2007                                  /s/ (with permission by Michael C. Soules)
                                                        Ronald J. Tenpas
                                                        Acting Assistant Attorney General
                                                        Jean Williams, Chief
                                                        Lisa Russell, Assistant Chief
                                                        U.S. Department of Justice
                                                        Environment and Natural Resources Division
                                                        Wildlife and Marine Resources Section

                                                        Jimmy A. Rodriguez, Trial Attorney
                                                        P.O. Box 7369
                                                        Washington, D.C. 20044-7369
                                                        Telephone: (202) 305-0342
                                                        Facsimile: (202) 305-0275
                                                        Jimmy.Rodriguez@usdoj.gov

                                                         *Attorneys for Federal Defendants*

Dated: October 9, 2007                                  /s/ (with permission by Michael C. Soules)
                                                        Anna M. Seidman, D.C. Bar No. 417091
                                                        Douglas S. Burdin, D.C. Bar No. 434107
                                                        501 2nd Street NE
                                                        Washington, DC 20002
                                                        (202) 543-8733
                                                        (202) 543-1205

                                                        /s/ (with permission by Michael C. Soules)
                                                        William P. Horn, D.C. Bar No. 375666
                                                        James H. Lister, D.C. Bar No. 447878
                                                        Birch, Horton, & Cherot
                                                        1155 Connecticut Ave., NW, Suite 1200
                                                        Washington, DC 20036
                                                        (202) 659-5800
                                                        (202) 659-1027

                                                         *Attorneys for Intervenor-Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment, | ) ) ) ) ) ) | **Civil No. 1:07-cv-00677-PLF** |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service, | ) ) ) ) |  |
| Defendants, | ) ) |  |
| U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunting Association, *et al.*, | ) ) ) |  |
| Intervenor-Defendants, | ) ) |  |
| Safari Club International, National Rifle Association, *et al.*, | ) ) ) |  |
| Intervenor-Defendants. | ) |  |

## **PROPOSED ORDER**

Upon consideration of the Parties' Joint Motion To Revise The Briefing Schedule, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the parties' revised proposed briefing schedule is hereby adopted by the Court, and the briefing schedule in this case is as follows:

> November 14, 2007: Plaintiffs shall file their motion for summary judgment.
>
> January 11, 2008: Federal Defendants shall file their response and cross-motion for summary judgment and Intervenor-Defendants shall file their response and cross-motion for summary judgment.
>
> February 1, 2008: Plaintiffs shall file their reply brief.

2

February 22, 2008: Federal Defendants shall file their reply brief and Intervenor-Defendants shall file their reply brief.

**SO ORDERED**.


Dated:_____                    _____
                                         The Honorable Paul L. Friedman
                                         United States District Judge