**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of the Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, and the UNITED STATES FISH and WILDLIFE SERVICE. )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants, )<br>)<br>U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTING ASSOCIATION, et al., )<br>)<br>)<br>)<br>Intervenor-Defendants, )<br>)<br>SAFARI CLUB INTERNATIONAL and the NATIONAL RIFLE ASSOCIATION, et al., )<br>)<br>)<br>)<br>Intervenor-Defendants. ) | Civil No. 1:07-cv-677-PLF<br><br><br><br><br><br><br><br><br>**NOTICE REGARDING THE RELEASE OF PREVIOUSLY WITHHELD ADMINISTRATIVE RECORD DOCUMENTS** |

Notice is hereby provided to the Court that Federal Defendants have released four Administrative Record documents that were previously withheld and identified in the privilege log. The release of these documents resolves a dispute between Federal Defendants and Plaintiffs regarding the United States Fish and Wildlife Service's invocation of the attorney-client communication and attorney work-product privileges. The Administrative Record documents that have been released (PL 7, PL 11, PL 16, and PL 45 (redacted)) are attached as exhibits to this notice. See Exhibits 1-4.

2

Dated: October 15, 2007          Respectfully Submitted,

                                         s/Jimmy A. Rodriguez
                                         JIMMY A. RODRIGUEZ, Trial Attorney
                                         U.S. Department of Justice
                                         Environment & Natural Resources Division
                                         Wildlife & Marine Resources Section
                                         Ben Franklin Station, P.O. Box 7369
                                         Washington, DC 20044-7369
                                         Phone: (202) 305-0342/ Fax: (202) 305-0275
                                         Email: Jimmy.Rodriguez@usdoj.gov

                                         Attorney for Federal Defendants

# Exhibit 1
# (PL 7)

*[handwritten at top:]*
- *Understand ruling*
- *deal w/ depred. control needs*
- *initial steps for reclass/delisting proposals* — *dev. recom. for D or Sec.*

# Tentative Agenda Topics for National Gray Wolf Meeting

1. Oregon District Court Ruling - What does it really say and what must FWS do as a result?
    - Impact on 2003 reclassification, 4(d) rules, SE delisting, MN wolves, NEPs, new 10(j)
    - Impact on recovery planning for Southwest wolf (Robinson declaration?)
    - Do we need to:
        - *formally* rescind the 2003 rules?
        - withdraw the 2005 delisting proposal for Eastern DPS?  *(implications for petition findings)*
        - clarify the new 2005 10(j) for N. Rockies?
        - revise ETW and NR recovery plans?  *consider additional wolf recovery programs (esp NE plan)*
        - *republish w/ range correction notice*
    - Has the Court provided useful guidance for:
        - applying the definitions of E and T    *to address SE, perhaps areas in CA & NV.*
        - identifying "significant part of the range"
        - conducting the 5-factor analysis for species and SPRs
        - delineating DPSs  *(incl. DPSs)*
    - Things the court didn't specifically rule on:
        - SE delisting due to listing error
        - need for a population in a DPS
        - Need for a Northeastern DPS
        - SW DPS northern boundary
        - *Need for depredation control*
        - *Potential for ~~Consideration~~ of Appea~~ling~~ replies*

*[left margin:] long-term Rec. Planning – Reclass – part w/ all – Delist – part w/ all*

2. Vermont District Court (ruling pending, *all motions filed*)
    - differences between OR and VT issues
    - outcome scenarios

*[left margin: DOJ]*

3. How ~~do~~ *can* we address the need for control of depredati~~on~~*ng* wolves outside *MN &* the experimental areas?   *Interim Control plans, Cushingery Plan (ND, SD), 10(j)(1)(B) pmts in Midwest in West*

4. How should we proceed to reclassify and/or delist gray wolves in areas where there are healthy populations?  *How many DPSs? What classification do we give to areas & wolves in other areas? How do we put boundaries around them? How do we conduct 5-factor analysis? Apply TE definitions?*

5. How should we deal with the scientific uncertainty regarding the identity of the historical wolf in the northeastern states and adjacent Canada?   *- relist as S/A to — - delist due to error or uncertainty - list as another wolf taxon - assemble expert panel first? clarify ESA goal – recover hist wolf or ecol. equivalents – what is historic*

6. Should FWS develop guidance/policy on Significant Portion of Range?

*[left margin: DPS]*

7. Should FWS/NMFS consider clarifying DPS Policy, specifically for use in downlisting/delisting actions, and to provide guidance on when DPSs should be considered instead of species or subspecies listings/delistings/reclassifications.

8. *Status of Rec. Plan revision in SW (if time)*

*★ email Kirsten re DOJ letter to OR Dist. Court ★*

*DOJ – 3.5 Do we need to dev. species-level recovery goals or criteria?*

2/10/05
O:\TE\GRWO (GRAY WOLF)\2005 NATIONAL MEETING\TENTATIVE AGENDA.DOC

# Exhibit 2
# (PL 16)

DRAFT 3

# National Gray Wolf Meeting – March 1-2, 2005
## Marymount University, Room 521
# Preliminary Agenda

### Tuesday, March 1 – morning (DOJ will attend this session)

1. **Oregon District Court Ruling - What does it say and what must FWS do as a result?**
   - What does the ruling say about identifying significant part of the range, conducting the 5-factor analysis for species (incl. DPSs) and SPRs, delineating DPSs, applying the definitions of E and T, and recovering gray wolves in the Southwest and Mexico?
   - Are 9th Circuit Courts saying that a SPR is any major geographical area where (1) the species is no longer viable but once was and (2) suitable habitat (and prey) remains? If so, how are we going to deal with this?
   - What are the impacts on our 2003 reclassification, 4(d) rules, SE delisting, MN wolves, NEPs, new 10(j) rule for Northern Rockies, Eastern DPS delisting proposal, and the SW wolf recovery plan revision?
   - Appealing the ruling

### Tuesday, March 1 - afternoon (DOI/FWS session)

2. **Control of Depredating and Problem Wolves – What authorities do we have? How can we implement these authorities?**
   - Section 6 agreements
   - Interim Control Plans (in West)
   - Contingency Plans (ND, SD)
   - 10(a)(1)(A) permits in Midwest
   - Others?

3. **Significant Portion of Range and Distinct Population Segments – How should we use these concepts?**
   - What do these phrases mean and how are these concepts related? Is "significant" in SPR different from "significance" in the DPS criteria?
   - There is language in 9th Circuit Court rulings that suggests we can list/delist SPRs? Does SOL support this?
   - What criteria should we use to identify SPR?
   - Must we do a five factor analysis for all suitable habitat within historical range? for each SPR? If so, how do we use those multiple analyses to determine if the species or subspecies (or a larger DPS) is threatened, endangered, recovered, or extirpated?
   - Must we list a DPS for every vertebrate population that satisfies the 3 criteria in the DPS Policy? If not, what factors should FWS consider as we decide whether or not to use DPSs?
   - How do we select the locations for DPS boundaries? (External vs. internal discreteness?)
   - Can we list non-DPS remnants of a previous larger listing?

DRAFT 3

## Wednesday, March 2 - morning (DOI/FWS session)

**4. Recovery under the ESA**
- What is "recovery" under the ESA? What is recovery for the gray wolf?
- Do we need to develop species-level (48 states plus Mexico) recovery goals/criteria for the gray wolf? A national gray wolf recovery plan?

**5. Northeastern Wolves** - How should we deal with the scientific uncertainty regarding the identity of the historical wolf in the northeastern states and adjacent Canada?
- What is the ESA's goal – recovery of historical taxon or an ecological equivalent?
- What is "historical?"
- Potential options to discuss:
    - List as separate DPS (or SPR?) lacking a known wolf population
    - List as part of a larger DPS with wolves
        - Eastern DPS (try it again with better 5 factor analysis)
        - NE US and SE Canada DPS
    - Delist due to error or extinction (or uncertainty?)
    - Relist as another wolf taxon (*C. rufus, C. lycaon*?)
    - Relist due to similarity of appearance to _____
    - Assemble expert panel for advice.
    - Others?

**6. Reclassification/Delisting – What stone should we try next?**
- How should we proceed to reclassify and/or delist gray wolves in areas with healthy populations?
- How many DPSs? How do we select DPS boundaries?
- How do we conduct the five factor analysis and apply T/E definitions to the DPSs?

## Wednesday, March 2 - afternoon (DOJ will attend this session)

**7. Discuss recommendations developed by FWS for items 3 – 6 with DOJ.**

**8. Summary, assignments, and wrap-up**

2

3/1/05

| | |
|---|---|
| Margot Zallen | Solic - Denver |
| David Gager | SOL - DC |
| Clint Riley | Dir's Office |
| Bud Fazio | Red Wolf Recovery, NC |
| Elena Babij | WO - Recovery |
| Karen Anderson | WO - Candidate Conservation |
| Gloria Bell | R4 RO |
| Laura Ragan | R3 - RO |
| John Fay | Washington, D.C. |
| Kristen Gustafson | Washington, D.C. (US. DOJ) |
| Tracy Scheffler | SW Regional Office, Recovery |
| John R Morgart | R2, Mex Wolf Recovery Coord |
| Ed Bangs | R-6, Wolf Coordinator |
| Kathy Hollar | R1 - RO |
| Michelle Morgan | WO - Recovery & Delisting |
| Ron Refsnider | R-3 Listing/Delisting |
| T. J. Miller | R-3 Endangered Species |
| Jill Parker | R6 ESA Chief |
| | |
| Ben J. | |
| Mike Young | |

# Exhibit 3
# (PL 45 - redacted)



**Ron Refsnider/R3/FWS/DOI**
02/16/2006 08:49 AM

To: Michelle Morgan/ARL/R9/FWS/DOI

cc: Eleanora Babij/ARL/R9/FWS/DOI@FWS, Rick Sayers/ARL/R9/FWS/DOI@FWS, TJ Miller/R3/FWS/DOI@FWS, Wendi Weber/R3/FWS/DOI@FWS

bcc:

Subject: Re: ATTORNEY-CLIENT PRIVILEGED - Draft of Western Great Lakes Wolf DPS Proposal

Michelle, I'm not sure what you mean about not making the Feb. 15 deadline. The word that we got was that I needed to get as complete a draft as I could to WO on 2/15. That was accomplished. If something different was needed, or if you needed it by a certain time yesterday (I had told you that it would be "late" in the day), that never filtered out to the Region. The final package isn't due until the end of the month. Or has that changed again?



The only possibly unnecessary section that Elena had previously pointed out to me (you and Elena have received all my earlier drafts) is the one called "Assessment of Conservation Status ...." Elena had also pointed out a need to reorganize parts of the 5 factor analysis (as I mentioned below), and I'll be working on that today.

I guess we need to talk about your specific concerns. I'm in all day today, tomorrow, and Tuesday.

---Ron

Michelle Morgan/ARL/R9/FWS/DOI



**Michelle Morgan/ARL/R9/FWS/DOI**
02/16/2006 07:10 AM

To: Ron Refsnider/R3/FWS/DOI@FWS

cc: Eleanora Babij/ARL/R9/FWS/DOI@FWS, TJ Miller/R3/FWS/DOI@FWS, Wendi Weber/R3/FWS/DOI@FWS, Rick Sayers/ARL/R9/FWS/DOI

Subject: Re: ATTORNEY-CLIENT PRIVILEGED - Draft of Western Great Lakes Wolf DPS Proposal

Ron - as I scan through the pieces you provided below - I notice there are some sections that are unnecessary. Because NRM wolf DPS has already been reviewed by everyone, including the Secretary, we should make this rule very similar in structure and policy content. I am very concerned that not only have we not made the Feb. 15 deadline but we will also have a document that has to be reviewed for policy again. I am hoping that we can take the next few days in working with Elena and R6 to make sure that we are making consistent policy arguments between the GL rule and the NRM DPS rule.

Thanks.

Michelle Morgan
U.S. Fish and Wildlife Service
Endangered Species Program
Chief, Branch of Recovery and Delisting
Arlington, Virginia
(703) 358-2492 / Fax (703) 358-1735


Ron Refsnider/R3/FWS/DOI



| | | |
|---|---|---|
| Ron Refsnider/R3/FWS/DOI<br>02/15/2006 04:58 PM | To | Michelle Morgan/ARL/R9/FWS/DOI@FWS, Eleanora Babij/ARL/R9/FWS/DOI@FWS |
| | cc | Wendi Weber/R3/FWS/DOI@FWS, TJ Miller/R3/FWS/DOI@FWS, Georgia Parham/R3/FWS/DOI@FWS, Kim Mitchell/R3/FWS/DOI@FWS, Laura Ragan/R3/FWS/DOI@FWS, Phil Delphey/R3/FWS/DOI@FWS, Christie Deloria/R3/FWS/DOI@FWS, Mike DeCapita/R3/FWS/DOI@FWS, Joel Trick/R3/FWS/DOI@FWS, Ed Bangs/R6/FWS/DOI@FWS, Seth Willey/R6/FWS/DOI@FWS, Scott Larson/R6/FWS/DOI@FWS, William Bicknell/R6/FWS/DOI@FWS |
| | Subject | ATTORNEY-CLIENT PRIVILEGED - Draft of Western Great Lakes Wolf DPS Proposal |


Attached are 2 Word documents and 3 PDF maps that comprise the current drafts of the proposal to establish and delist a Western Great Lakes Gray Wolf DPS. Clearly still a work in progress.

To the best of my ability and given the timeframe, I have addressed all the comments on earlier drafts that I have received to date for all sections EXCEPT the Five Factor Analysis ("Summary of Factors Affecting the Species"). Changes made since the previous drafts are visible by using Word's "Track Changes" feature (displaying "Final showing markup").

I have not had time to deal with any comments on the 5 factors analysis, but I am including Draft 2 of that part as a separate document; this draft has only a few very minor changes from the version that I previously circulated on 2/6. Elena sent me ideas for reorganizing that analysis, and I intend to adopt all/most of them; I simply didn't have time to do a good job on that, so I decided to defer it completely.

My guess is that pagination and page headers may be out of whack, due to my combining of multiple documents into one draft 5. I made some corrections to page headers, but I'll deal with any remaining problems in the next draft.

A 6th document is attached (Dakotas issue - draft 2.doc) at the request of the Pierre and Bismarck Field Offices (I have modified their original wording). I support their concerns, and I'd like to insert this wording, or something similar, into the proposal somewhere, but I don't know the best location. Please seriously consider their request.

Amazingly, after all this inserting of documents into other documents, the Word "Document Map" feature is still showing functional links to all the major headings, so be sure to use it to navigate around in each document.

I will fax to Dave Gayer, Margot Zallen, and deliver to Tony Sullins.

---Ron Refsnider
    Endangered Species Listing Coordinator
    U.S. Fish and Wildlife Service Region 3
    612-713-5346
    Fax    -5292
    ron_refsnider@fws.gov

[attachment "WGL DPS Delisting Proposal -Draft 5.doc" deleted by Michelle Morgan/ARL/R9/FWS/DOI] [attachment "Summary of Factors Affecting the Species - 2.doc" deleted by Michelle Morgan/ARL/R9/FWS/DOI] [attachment "WGL DPS map - crude labels.pdf" deleted by Michelle Morgan/ARL/R9/FWS/DOI] [attachment "wi wolf zones.pdf" deleted by Michelle Morgan/ARL/R9/FWS/DOI] [attachment "MN wolf zone map 2001-kmm.pdf" deleted by Michelle Morgan/ARL/R9/FWS/DOI] [attachment "Dakotas issue - draft 2.doc" deleted by Michelle Morgan/ARL/R9/FWS/DOI]

# Exhibit 4
# (PL 11)



Ron Refsnider/R3/FWS/DOI
02/15/2005 03:00 PM

To  Martin Miller/R5/FWS/DOI@FWS, Michael Amaral/R5/FWS/DOI@FWS, Michael Thabault/R5/FWS/DOI@FWS

cc

bcc

Subject  Preliminary agenda for wolf meeting

Attached is the first draft of the agenda.  I just faxed it off to Margot for her review, and I'll send it out to Dave Gayer as well for his early input.

The Northeast has a section of its own as item 6 on page 3.  I hope to have a wide-ranging discussion of NE options, including that of relisting the gray wolf of the NE as a red (or lycaon) wolf.  For that discussion, I hope that Gloria Bell and/or Bud Fazio will be there, too, to deal with implications for the red wolf recovery program and Region 4.

If you have ideas for other topics that we should cover (or not cover), please let me know.  If there is a particular time slot we should reserve for item 6 so you folks can participate in person of by phone, we'll do our best to accomodate you.

THANKS.

---Ron

Tentative Agenda.doc

DRAFT

# National Gray Wolf Meeting – Week of Feb. 28, 2005

**Short-term Needs**

    Understand the Oregon ruling

    Deal with the need for control of depredating wolves

    Develop recommendations for approaches to wolf reclassification and delisting

**Long-term Needs**

    Additional recovery planning?

    Initiate reclassification actions

    Initiate delisting actions

**Potential Policy Development Needs**

    Meaning of Recovery under the ESA

    Use of "significant portion of range"

    DPS Policy – clarify its use in down/delisting actions

# Preliminary Agenda

**Day 1 (morning) – Dept. of Justice led discussion**

**1. Oregon District Court Ruling - What does it really say and what must FWS do as a result?**

    - Impacts on 2003 reclassification, 4(d) rules, SE delisting, MN wolves, NEPs, new 10(j)

    - Impact on recovery planning for Southwest wolf (Robinson declaration?)

    - Do we need to:

        - formally rescind the 2003 rules?

1

**DRAFT**

- withdraw the 2005 delisting proposal for Eastern DPS? (implications for 2 delisting petition finding within the proposal)

- republish a range correction notice for the SE, perhaps CA and NV?

- clarify the new 2005 10(j) for N. Rockies?

- revise ETW and NR recovery plans?

- consider additional recovery programs – Northeast, Pacific Northwest, S. Rockies?

- Has the Court provided useful guidance for:

    - identifying "significant part of the range"

    - conducting the 5-factor analysis for species(incl. DPSs) and SPRs

    - delineating DPSs

    - applying the definitions of E and T

- Things the court didn't specifically rule on:

    - SE delisting due to listing error

    - need for a population in a DPS

    - Need for a Northeastern DPS

    - SW DPS northern boundary

    - Lethal depredation control

- Potential for Appealing


2. **Vermont District Court – ruling pending**

    - differences between OR and VT issues

    - outcome scenarios

2

DRAFT

**Day 1 (afternoon) – DOI/FWS Session**

3. **Depredation Control** - How can we address the need for control of depredating wolves outside Minnesota and the experimental areas?

- Interim Control Plans (in West)

- Contingency Plans (ND, SD)

- 10(a)(1)(A) permits in Midwest?

4. **Recovery Goals/Criteria** – Do we need to develop species-level (48 states plus Mexico) recovery goals/criteria? A national gray wolf recovery plan?

5. **Reclassification/Delisting** - How should we proceed to reclassify and/or delist gray wolves in areas where there are healthy populations?

- How many DPSs?

- How to we locate DPS boundaries?

- How do we conduct the five factor analysis and apply T/E definitions to DPSs?

- Can we list "non-DPS remnants" of a previous larger-scale listing? What are these called?

**Day 2 (morning) – DOI/FWS Session**

6. **Northeastern Wolves** - How should we deal with the scientific uncertainty regarding the identity of the historical wolf in the northeastern states and adjacent Canada?

- What is the ESA's goal – recovery of historical taxon or an ecological equivalent?

- What is "historical?"

**DRAFT**

- Potential options to discuss:

    - List as separate DPS lacking a wolf population

    - List as part of larger DPS with wolves

        - Eastern DPS (try it again with better analysis)

        - NE US and SE Canada DPS

    - Delist due to error (or uncertainty?)

    - Relist as another wolf taxon

    - Relist due to similarity of appearance to _____

    - Assemble expert panel for advice.

    - Others?

**7. Significant Portion of Range** - Should FWS develop guidance/policy on SPR?

**8. DPS Policy** - Should FWS/NMFS consider clarifying DPS Policy, specifically for use in downlisting/delisting actions, and to provide guidance on when DPSs should be considered instead of species or subspecies listings/delistings/reclassifications.

**9. Southwestern Wolf Recovery** – Status of Recovery Plan revision (if time allows)

**Day 2 (afternoon) – DOI/FWS/DOJ Discussion**

Discuss recommendations developed by FWS for items 3 – 8 with DOJ.

Summary, assignments, and wrap-up

2 15 05
O: TE GRWO (GRAY WOLF) 2005 NATIONAL MEETING TENTATIVE AGENDA.DOC

4