# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Civil No. 1:07-cv-00677-PLF** |
| v. | ) ) | |
| Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service, | ) ) ) ) | |
| Defendants, | ) ) | |
| U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; *et al.*, | ) ) ) | |
| Intervenor-Defendants, | ) ) | |
| Safari Club International; National Rifle Association; *et al.*, | ) ) ) | |
| Intervenor-Defendants. | ) ) | |

## PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

Plaintiffs The Humane Society of the United States, Help Our Wolves Live, Animal

Protection Institute, and Friends of Animals and Their Environment (collectively, "Plaintiffs")

respectfully move to supplement the record with the following document, which is designated as

Proposed Exhibit E:

> Letter from Michael W. DonCarlos, Minnesota Department of Natural Resources, to Michael C. Soules, dated April 19, 2007 (with attachments).

*See* Declaration of Michael Soules in Support of Plaintiffs' Motion to Supplement, Proposed

Exhibit E.

The reasons supporting this motion are set forth in the accompanying Memorandum. Plaintiffs' counsel has conferred with counsel for the Federal Defendants and Intervenor-Defendants regarding this issue, and both the Federal Defendants and Intervenor-Defendants oppose Plaintiffs' motion.  *See* LCvR 7(m).

Dated: November 14, 2007                       Respectfully submitted,


                                               /s/  Michael C. Soules & Rebecca G. Judd
                                               Rebecca G. Judd, D.C. Bar No. 486315
                                               rjudd@hsus.org
                                               Jonathan R. Lovvorn, D.C. Bar No. 461163
                                               jlovvorn@hsus.org
                                               The Humane Society of the United States
                                               2100 L Street, NW
                                               Washington, DC  20037
                                               (202) 452-1100
                                               (202) 778-6132 (facsimile)

                                               Brian B. O'Neill, Minn. Bar No. 82521
                                               boneill@faegre.com
                                               Sanne H. Knudsen, Minn. Bar No. 0344552
                                               sknudsen@faegre.com
                                               Michael C. Soules, D.C. Bar No. 477911
                                               msoules@faegre.com
                                               FAEGRE & BENSON LLP
                                               2200 Wells Fargo Center
                                               90 South Seventh Street
                                               Minneapolis, MN  55402-3901
                                               (612) 766-7000
                                               (612) 766-1600 (facsimile)

                                               *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 1:07-cv-00677-PLF |
| v. | ) ) | |
| Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service, | ) ) ) ) | |
| Defendants, | ) ) | |
| U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; *et al.*, | ) ) ) | |
| Intervenor-Defendants, | ) ) | |
| Safari Club International; National Rifle Association; *et al.*, | ) ) ) | |
| Intervenor-Defendants. | ) ) | |

## MEMORANDUM IN SUPPORT OF
## <u>PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD</u>

Plaintiffs The Humane Society of the United States, Help Our Wolves Live, Animal

Protection Institute, and Friends of Animals and Their Environment (collectively, "Plaintiffs")

respectfully move to supplement the record with the following document, which is designated as

Proposed Exhibit E:

> Letter from Michael W. DonCarlos, Minnesota Department of Natural Resources, to Michael C. Soules, dated April 19, 2007 (with attachments).

*See* Declaration of Michael Soules in Support of Plaintiffs' Motion to Supplement, Proposed

Exhibit E.

## I.    BACKGROUND

In this action, Plaintiffs challenge the federal government's decision to remove the "western Great Lakes distinct population segment" of the gray wolf from the list of threatened and endangered species. *See* 72 Fed. Reg. 6052 (Feb. 8, 2007) (the "Final Rule"). For the reasons set forth in the Memorandum Of Law In Support Of Plaintiffs' Motion For Summary Judgment ("summary judgment brief"), which is being filed concurrently with this motion, the Final Rule violates the Endangered Species Act ("ESA") and is arbitrary and capricious.

As explained in the summary judgment brief, it was unlawful for the United States Fish and Wildlife Service ("FWS") to carve up the gray wolf's range into distinct population segments ("DPSs"), and the boundaries of the western Great Lakes DPS are arbitrary and capricious. But even assuming that FWS could lawfully create this DPS, a proper analysis of the threats facing the Great Lakes wolf population demonstrates that the wolf remains endangered. *See* 16 U.S.C. § 1533(a)(1) (setting forth the five categories of threats that FWS must analyze to determine if a species if threatened or endangered).

In conducting a threats analysis under Section 4(a)(1) of the ESA, FWS must determine whether there are "existing regulatory mechanisms" adequate to protect the species. 16 U.S.C. § 1533(a)(1)(D). In this case, Plaintiffs contend that the existing regulatory mechanisms within the western Great Lakes DPS fail to protect the gray wolf. Among the reasons why these mechanisms are inadequate is that the states' wolf management programs are not being fully implemented. Plaintiffs specifically raised this concern in their comments on the proposed rule. *See* Administrative Record Document 228 at 7785-87; *see also* 72 Fed. Reg. at 6068 (responding to commenters' concerns about implementation of the state wolf management plans).

## II.    ARGUMENT

### A.    Legal Standard

Under the Administrative Procedure Act ("APA"), agency action that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law" must be set aside.  5 U.S.C. § 706(2)(A).  Although "judicial review of agency action is normally confined to the full administrative record before the agency at the time the decision was made," there are several well-recognized exceptions to this default rule.  *Humane Soc'y of the United States v. Dep't of Commerce*, 432 F. Supp. 2d 4, 14 (D.D.C. 2006) ("*HSUS*").  Specifically, the D.C. Circuit has held that courts may consider extra-record evidence in cases where "evidence arising after the agency action shows whether the decision was correct or not."  *Id.* (quoting *Esch v. Yeutter*, 876 F.2d 976, 991 (D.C. Cir. 1989)); *see also American Rivers v. U.S. Army Corps of Eng'rs*, 271 F. Supp. 2d 230, 247 (D.D.C. 2003).

### B.    This Court Should Permit The Administrative Record To Be Supplemented By The Proffered Document.

In this case, the document proffered by Plaintiffs fits squarely within the exception for "evidence arising after the agency action."  *HSUS*, 432 F. Supp. 2d at 14 (quoting *Esch*, 876 F.2d at 991).  The proffered document is a response from the Minnesota Department of Natural Resources ("DNR") to a request that Plaintiffs' counsel made under the Minnesota Data Practices Act, Minn. Stat. § 13.03, subd. 3.  As described in the response, Plaintiffs' counsel sought four categories of information:

> (1) DNR records regarding the creation of new positions for a wolf specialist, wolf research biologist, and/or three conservation officers.  *See* Minnesota Wolf Management Plan (Feb. 2001), at 4 (the "MN Plan").

> (2) DNR records regarding the hiring of individuals for the five staff positions listed above.  MN Plan at 4.

(3) DNR records indicating the funds budgeted and/or spent for the wolf management plan during fiscal years 2002-2007.  *Cf.* MN Plan, Appendix II (recommending budget appropriations for the wolf management program).

(4) All DNR records regarding the DNR and/or the Governor's budget recommendations or requests for the wolf management program in fiscal years 2008, 2009, or any year thereafter.  *Cf.* MN Plan, Appendix II.

All of these informational requests pertain directly to whether the Minnesota DNR is implementing the Minnesota Wolf Management Plan.  And as FWS recognized in the Final Rule, the proper funding and implementation of that Plan is of paramount importance in assessing whether the gray wolf will be adequately protected.  Specifically, the Final Rule states:

Issue 34—The delisting decision is based on the assumption that the State wolf management plans will be fully implemented after Federal delisting.

Response—We are required to evaluate the likely future threats that a delisted wolf population will experience. *We rely heavily on the State wolf management plans for our assessment of the degree of protection and monitoring that will occur after Federal delisting.* Because these plans have received the necessary approvals within the State governments, *we believe it is reasonable to assume the plans will be funded and implemented largely as written. . . .*

We recognize that State wolf plans can be changed by the respective DNR or State legislature, creating some uncertainty regarding plan implementation. However, given the high public visibility of wolf management, the extent of public interest and involvement in the development and updating of the States' plans, the vast amount of scientific data available regarding wolf management, and the status monitoring that we will be maintaining for the next five years, *we believe it is reasonable and proper to assume that the three State wolf plans will not be significantly changed, nor will their implementation be critically underfunded*, in a manner that would jeopardize the viability of any State's wolf population.

72 Fed. Reg. at 6068 (emphasis added).  Because FWS "rel[ied] heavily" on the state management plans, and because FWS assumed these plans would be properly implemented, recent evidence regarding implementation of the Minnesota Wolf Management Plan is directly relevant to the assumptions underlying the Final Rule.  Thus, since the proffered document has "a direct bearing on the correctness of the agency's decision," *HSUS*, 432 F. Supp. 2d at 15, this

Court should permit supplementation of the record.

## III.    CONCLUSION

For the foregoing reasons, the administrative record should be supplemented by the

Minnesota DNR's April 19, 2007 Data Practices Act response.

Dated: November 14, 2007                    Respectfully submitted,


/s/  Michael C. Soules & Rebecca G. Judd
Rebecca G. Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn, D.C. Bar No. 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill, Minn. Bar No. 82521
boneill@faegre.com
Sanne H. Knudsen, Minn. Bar No. 0344552
sknudsen@faegre.com
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Civil No. 1:07-cv-00677-PLF** |
| v. | ) ) ) | |
| Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service, | ) ) ) ) | |
| Defendants, | ) ) ) | |
| U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; *et al.*, | ) ) ) | |
| Intervenor-Defendants, | ) ) | |
| Safari Club International; National Rifle Association; *et al.*, | ) ) ) ) | |
| Intervenor-Defendants. | ) ) | |

**DECLARATION OF MICHAEL SOULES**
**IN SUPPORT OF PLAINTIFFS' MOTION TO SUPPLEMENT**

I, Michael C. Soules, declare the following:

1.      I am an attorney at the law firm of Faegre & Benson LLP, and am admitted *pro hac vice* in the above-captioned matter.  I submit this declaration in support of Plaintiffs' Motion To Supplement The Record.

2.      Attached hereto as Proposed Exhibit E is a true and correct copy of a letter from Michael W. DonCarlos, Minnesota Department of Natural Resources, to Michael C. Soules, dated April 19, 2007 (with attachments).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

November 14, 2007

_____
Michael C. Soules

*The Humane Society of The United States, et. al. v. Kempthorne, et al.,*
Civil No. 1:07-cv-00677-PLF

Plaintiffs' Motion To
Supplement The Record

Declaration of Michael C. Soules

# PROPOSED
# EXHIBIT E



Minnesota Department of Natural Resources

Division of Fish and Wildlife
Wildlife Management
500 Lafayette Road
St. Paul, Minnesota 55155-4020
651-259-5200

April 19, 2007

Mr. Michael C. Soules
Faegre and Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Dear Mr. Soules:

This letter is in response to your April 10, 2007, Minnesota Data Practices Act
request for information regarding funding and personnel aspects of the States'
gray wolf management program. Below are your specific data requests (**in
bold**), followed by our responses. In addition, you requested records we may
have regarding budgetary information for wolf management activities of the
Minnesota Department of Agriculture, USDA Wildlife Services, and other
governmental entities. To my knowledge, DNR does not have such records.

**1. DNR records regarding the creation of new positions for a wolf
specialist, wolf research biologist, and/or three conservation officers. *See*
Minnesota Wolf Management Plan (Feb. 2001), at 4 (the "MN Plan").**

**2. DNR records regarding the hiring of individuals for the five staff
positions listed above. MN Plan at 4.**

DNR appointed Dr. John Erb as our wolf research biologist on or about August
25, 2003 (cover page of position description enclosed). We posted the wolf
specialist position for application on March 30, 2007 (announcement and position
description enclosed) and expect to interview applicants and fill the position in
May 2007. Three conservation officers were designated as primary internal and
external wolf enforcement contacts in March 2007 (see memos dated April 3,
2007 and April 17, 2007, enclosed). Note that since the Minnesota Wolf
Management Plan was adopted in 2001, DNR has increased its field
conservation officer levels by 20 positions.

Exhibit E-01

Michael C. Soules
April 19, 2007
Page Two

**3. DNR records indicating the funds budgeted and/or spent for the wolf management plan during fiscal years 2002-2007. *Cf.* MN Plan, Appendix II (recommending budget appropriations for the wolf management program).**

**4. All DNR records regarding the DNR and/or the Governor's budget recommendations or requests for the wolf management program in fiscal years 2008, 2009, or any year thereafter. *Cf.* MN Plan, Appendix II.**

Records indicating funds budgeted and spent for wolf management may exist in many DNR locations. We have summarized these records by fiscal year, allocated amounts, fund source, expenditure, and authority (see enclosed spreadsheet).

We believe this letter and enclosed documents answer your request. If you would like to inspect or obtain copies of additional records, please let us know.

Sincerely,

Michael W. DonCarlos, Wildlife Research and Policy Manager
Division of Fish and Wildlife
DNR Building – 500 Lafayette Road
St. Paul, MN 55155-4020
(651) 259-5202

Enclosures

C:    David R. Schad, Director, Division of Fish and Wildlife
       Edward K. Boggess, Deputy Director, Division of Fish and Wildlife
       Dennis E. Simon, Chief, Wildlife Management Section
       Linda Erickson-Eastwood, Fisheries Program Management, Fish Management Section
       Sheila Gebhart, Communications Project Manager, Bureau of Information & Education
       Maj. Allen W. Heidebrink, Enforcement Operations Manager
       Dr. John Erb, Wolf Research Biologist

Exhibit E-02

| STATE OF MINNESOTA POSITION DESCRIPTION—PART A | EMPLOYEE'S NAME: John D. Erb |
|---|---|

| | |
|---|---|
| **AGENCY/DEPARTMENT:** Department of Natural Resources | **UNIT:** Division of Wildlife, Forest Wildlife Research |
| **CLASSIFICATION TITLE:** Research Scientist 2 | **WORKING TITLE:** |
| **POSITION CONTROL NUMBER:** 042600 | **APPRAISAL PERIOD:** FROM:7/1          TO:6/30 |
| **PREPARED BY:** Mark S. Lenarz | **PREVIOUS INCUMBENT:** |
| Employee's Signature:                    Date: 8/25/03 | Supervisor's Signature:            Date: 8/25/03 |

## POSITION PURPOSE:

This position exists to serve as the Minnesota Department of Natural Resources' (DNR) expert on the ecology of wolves and other furbearers, to design, execute, and report independent and original research and surveys on these species, and to provide new knowledge that can be applied to their management. The incumbent also represents the DNR in public meetings, disseminates advanced technical expertise on population surveys and research to peers, clientele and media, and acts as a key participant in the development, evaluation and implementation of DNR management policies required to ensure the sustainability of wildlife resources in Minnesota.

## REPORTABILITY:

**Reports To:** Natural Resources Research program Supervisor, Senior (Group Leader), Forest Wildlife Populations Research Group.

**Supervises:** Volunteers and interns as required.

## DIMENSIONS:

**Budget:**

The funding for this position is dependent on population survey and research needs, and is part of the $900,000 annual budget for the DNR Forest Wildlife Populations and Research Group (FWPRG).

**Customers:**

Area Wildlife Managers, Regional and Central Office Wildlife Supervisors, field staff, wildlife scientists, conservation officers, foresters, ecologists, land managers, ornithologists, mammalogists, and statisticians with the DNR, with other governmental agencies (Indian, county, USFWS, USFS, USGS, NPS, BLM, Canadian) throughout North America, with state legislators, universities, schools, conservation and hunting organizations (e.g. International Wolf Center and National Trappers Association), more than one-half million Minnesota trappers and hunters, and other public interested in factual information on wolves and other furbearers.

Exhibit E-03



**Job Postings**

Opening worlds of possibilities

minnesota north star

## View

# NR PROGRAM COORDINATOR , Wildlife

### $ 20.80-$ 30.66 hourly, $ 43,430-$ 64,018 annually

☐ Apply for this job

|  |  |
|---|---|
| **Date Posted:** | 03/30/2007 |
| **Closing Date:** | 04/18/2007 |
| **Working Title:** | Wolf Specialist |
| **Hiring Agency:** | Natural Resources Dept |
| **Division/Bureau:** | Fish & WL/Central Office |
| **Location:** | St. Paul |
| **Who May Apply:** | Open to all qualified job seekers |
| **Posting Number:** | 07DNR000307 |
| **Employment Conditions:** | Permanent, Full-time |
| **Work Shift:** | Day Shift |
| **Days of Work:** | Monday-Friday , 08:00 AM-04:30 PM |
| **Travel Required:** | yes |
| **Job Grouping:** | Environmental Sciences |
| **Classified Status:** | Classified |

**Job Description:** Direct, plan, develop, administer, evaluate, and coordinate statewide gray wolf management programs so that program guidelines, goals, and objectives are met.

Specific duties include the following.
* Ensure that all provisions of MN Statutes and the 2001 Minnesota Wolf Management Plan are implemented.

* Serve as Minnesota's interagency wolf management liaison with the US Fish and Wildlife Service, Wisconsin and Michigan Departments of Natural Resources and with the International Wolf Center and other non-governmental organizations.

* Serve as the Department spokesperson and representative regarding all aspects of wolf management in Minnesota.

* Develop and maintain wolf management expertise, participate in research

regarding wolf management in collaboration with the Research Unit, and disseminate technical information.

**Minimum Qualifications:** A. Bachelor of Science in Wildlife Management or equivalent field AND two years advanced level professional (i.e., NRS, Senior) statewide wolf management or research design experience; OR

B. Master of Science in Wildlife Management or equivalent AND one year advanced level professional experience (i.e., NRS, Senior) statewide wolf management or research design experience; OR

C. Bachelor of Science in Wildlife Management or equivalent field AND four years intermediate level professional (i.e., NRS, Intermediate) regional wolf management or research experience; OR

D. Master of Science in Wildlife Management or equivalent AND three years intermediate level professional (i.e., NRS, Intermediate) regional wolf management or research experience; OR

E. Bachelor of Science in Wildlife Management or equivalent field AND five years entry-level professional (i.e., NR Specialist) wolf management or research experience; OR

F. Master of Science in Wildlife Management or equivalent field AND four years entry-level professional (i.e., NR Specialist) wolf management or research experience.

*Human relations skills to motivate, provide guidance, and achieve cooperation with clients, peers, and staff.

*Experience in meeting facilitation, group processes, conflict resolution, effective listening, negotiation, compromise and public presentation skills sufficient to work with diverse groups of stakeholders.

*Oral and written communication skills sufficient to serve as the primary contact for the media and stakeholders seeking a professional wildlife expert on wolves.

*Ability to plan, direct staff, administer budgets, administer and implement programs, consult, interact with other resource disciplines, train and educate others.

*Computer knowledge including spreadsheet, database, and word processing skills.

*Requires occasionally lifting such articles as file boxes and heavy hand tools or heavier materials with help from others and/or lifting and carrying light objects frequently. Even though the weights being lifted may only be a negligible amount, a job is in this category may require walking or standing to a significant degree or may involve sitting most of the time with a degree of pushing and pulling of arm and/or leg controls.

*Requires a Class D Driver's License: a single unit vehicle with a gross vehicle weight of less than 26,000 pounds. This is a basic driver's license. Operators may also tow vehicles/trailers as long as the a gross combination weight does not exceed 26,000 pounds.

**Preferred Qualifications:** *M.S. or Ph.D. in wildlife management, with wolf expertise.

*Extensive knowledge of the technical aspects of state wolf management programs.

*Previous experience in dealing with the media.

**Selection Process:** The selection process is a resume-based, skill-matching process. Your resume will be entered into a database. The software program matches your skills with the skills needed to perform the duties of the position. If your skills match the required skills for this position, the department may contact you.

If you have already submitted a resume to this database within the last 12 months that clearly identifies your knowledge, skills, abilities, and experience, you do not need to submit another.

**How to Apply:** You are strongly encouraged to submit your resume through the online Resume Builder at <https://statejobs.doer.state.mn.us/ResumeBuilder>. You may copy and paste in your existing resume or let the software create a resume for you. You may edit your resume later should your contact information or experience change. The Resume Builder also collects your work preference information so we can match you with future job openings that meet your interests.

If you wish to apply with a paper copy, submit your resume AND a completed State of Minnesota Employment Application form to: Minnesota Department of Employee Relations (DOER), 200 Centennial Office Building, 658 Cedar Street, St. Paul, MN 55155. Be sure to indicate the posting number of this job on your application. The paper application is available on the State Employment Web and DOER web sites, at any state agency HR office, or by calling 651-296-2616 or, in greater Minnesota, 1-800-657-3974.

**Contact for More Information:** Michael DonCarlos, Phone: 651.259.5202; E-mail: michael.doncarlos@dnr.state.mn.us.

---

[ Apply to Selected Jobs ]    [ Save Search Agent ]    [ Return to Results ]    [ Refine Search ]

Exhibit E-06

| State of Minnesota<br>**POSITION DESCRIPTION A** | | **EMPLOYEE'S NAME** | |
|---|---|---|---|
| **AGENCY/DIVISION**<br>**DNR** – Fish & Wildlife | | **ACTIVITY**<br>Wildlife Program Management | |
| **CLASSIFICATION TITLE**<br>To be determined; NR Program<br>Coordinator (14L) | **WORKING TITLE**<br>Wolf Specialist | | **POSITION CONTROL NUMBER** |
| **PREPARED BY**<br>Michael DonCarlos | **PREVIOUS INCUMBENT**<br>New Position | | **APPRAISAL PERIOD**<br>7/1 - 6/30 |
| EMPLOYEE'S Signature (this position description accurately reflects my current job) | **DATE** | SUPERVISOR's Signature (this position description reflects the employee's current job) | **DATE** |

## POSITION PURPOSE

This position will direct, plan, develop, administer, evaluate, and coordinate statewide gray wolf management programs so that program guidelines, goals, and objectives are met.

## REPORTABILITY

**Reports to:**  Division of Fish & Wildlife, Wildlife Section Program Manager

**Supervises:**    None.

## DIMENSIONS

**Budget:** Administers portions of the central office operational budget in amounts exceeding $500,000.

**Clientele:** Approximately 600,000 hunters; 5,000 trappers, and 1.5 million wildlife viewers; over a dozen statewide or national conservation organizations; 4 regional wildlife managers; 40 area wildlife supervisors; 3 wildlife populations and research group leaders; wildlife research biologists; and program specialists; academic institutions; federal, state and local government units; and legislators.  Hunting and wildlife observation generate about $913 million annually in direct expenditures to Minnesota's economy.

## PRINCIPAL RESPONSIBILITIES, TASKS AND PERFORMANCE INDICATORS

**Responsibility No. _1_    Priority _A_       % Time _65_       Discretion _B_**
Ensure that all provisions of MN Statutes and the 2001 Minnesota Wolf Management Plan are implemented.
**Tasks:**
    A. In cooperation with the Division of Enforcement and USDA Wildlife Services, create and implement a state wolf depredation program fully consistent with the 2001 Wolf Plan.
    B. Recommend future roles of USDA Wildlife Services in Minnesota wolf depredation management, and develop any necessary cooperative agreements or contracts.
    C. Collaborate with the Wolf Research Biologist in designing and conducting wolf population surveys, and other research.
    D. Update the 2001 Minnesota Wolf Management Plan as needed.
    E. Determine wolf management budget needs, recommend funding, and administer funds allocated to wolf management.
    F. Coordinate as needed with other Department Divisions regarding wolf management.
    G. Initiate rulemaking as needed to implement wolf management.
    H. Maintain and disseminate wolf depredation management records.
    I. Collaborate with the MN Dept. of Agriculture (MDA) on livestock Best Management Practices, livestock compensation, wolf management plan revisions, public education, and other tasks as needed.

**Responsibility No. _2_    Priority _A_       % Time _5_       Discretion _A_**
Represent Minnesota on the US Fish and Wildlife Service's (USFWS) Eastern Gray Wolf Recovery Team, if assigned.
**Tasks:**
    A. Participate in Recovery Team meetings and conference calls.
    B. Advocate Minnesota's biological and social needs regarding wolf management.
    C. Ensure that Minnesota's perspectives and needs are considered in post-delisting monitoring by USFWS.

**Responsibility No. _3_    Priority _A_       % Time _20_       Discretion _A_**
Serve as the Department spokesperson and representative regarding all aspects of wolf management in Minnesota.
**Tasks:**
    A. Collaborate with the International Wolf Center and others to deliver wolf education programs and disseminate information about wolf management in Minnesota.
    B. Provide Legislative testimony as requested, and inform Legislators as needed.
    C. Prepare news releases and respond to media inquiries about wolf management.
    D. Confer and coordinate with organizations and other agencies regarding wolf management in Minnesota.
    E. Represent Minnesota wolf management at national and international

Exhibit E-08

professional meetings and conferences.
F. Publish popular articles and conduct public seminars/meetings about Minnesota wolf management.
G. Serve as the primary DNR liaison with USFWS, USDA, MDA, Wisconsin DNR, and Michigan DNR regarding wolf management issues.

**Responsibility No. _4_  Priority _A_ % Time _10_         Discretion _A_**
Develop and maintain wolf management expertise, participate in research regarding wolf management in collaboration with the Research Unit, and disseminate technical information.
**Tasks:**
A. Directly participate in current wolf research field activities and USDA Wildlife Services wolf control, to maintain knowledge and expertise.
B. Recommend wolf research needs, in collaboration with the Wolf Research Scientist.
C. Participate in conferences, workshops, training sessions, and other meetings relevant to wolf management in Minnesota.
D. Review current scientific and other literature pertaining to wolf management and biology.

**NATURE AND SCOPE (relationships; knowledge, skills and abilities; problem solving and creativity; and freedom to act.)**

**Relationships**
The incumbent must create, review, develop guidelines for, and monitor implementation of statewide gray wolf management programs, and be accountable to the Wildlife Program Manager for their effectiveness. The incumbent must be cognizant of plans and proposals of other divisions of the Department, as well as other state and federal agencies and programs that have the potential to affect the state's wolf management program.

The incumbent is expected to develop or make recommendations relating to priorities, policies, program direction, resolution of wolf management problems, and management changes that affect all Minnesotans. The incumbent communicates with legislators to provide information and respond to their requests on wolf issues, and assists the Policy Section Manager in legislative proposals affecting wildlife resources of the state.

The incumbent, at the request of the Wildlife Management Section Program Manager, serves on international and interstate bodies, as well as periodic meetings with adjacent states and provinces on wolf management issues. In meeting with representatives of other agencies the incumbent is expected to provide information, coordinate activities, represent the Division in matters of policy, and work to reach agreement on issues.

The incumbent must develop and coordinate statewide wolf program activities and communicate with the Wildlife Management Section Manager; central and field wildlife personnel; other Departmental divisions and units; other state and local government agencies; federal agencies such as the U.S. Fish and Wildlife Service and U.S.

3

Exhibit E-09

Department of Agriculture; academia; consulting firms; tourist industry; media; and legislature.

## Knowledge, Skills and Abilities

The position requires a bachelor's degree in wildlife and a strong academic background and extensive experience in wildlife biology, ecology, and management. This includes comprehensive training in wildlife biology with special emphasis on the principles of wildlife management, animal and plant ecology, and data interpretation. The position also requires administrative experience in preparing budgets, work plans, and other planning and fiscal documents.

The incumbent will be the highest-level Division employee with a primary discipline focus on wolf management. As a result, the incumbent will serve as a primary contact for media and stakeholders seeking a professional wildlife expert on wolves.

The incumbent must provide positive leadership and must have strong interpersonal, facilitation, negotiating, and team-building skills.

The incumbent must be accomplished both in oral and written communications, especially because of the intense public interest in wolf management programs. Public appearances to explain policies and program direction are frequent. Written reports on policy and program guidelines must contain thorough, concise accounts by means of several narrative styles and the aid of numerous types of graphic presentations. Oral communication skills are essential in order to conduct meetings and to exchange information in meetings with peer groups, the public, and other units of government. Knowledge of the functions of other units within DNR is necessary so that communications are directed to the appropriate office without delay or confusion.

Developing biennial budget initiatives, reports, and maintaining accountability for portions of a $26 million annual budget require knowledge of accounting and the fiscal procedures and formats of the DNR and the state. The complexity of the wildlife budget requires extensive use of electronic spreadsheets and reports. This requires an overall understanding of budget principles and Department and statewide accounting systems.

This position develops statewide wolf management programs, or guidelines for the Division that provides direction for interpreting and implementing laws, rules, or policies related to wildlife management and relevant administrative procedures. This requires detailed knowledge of all pertinent laws, rules and policies, the ability to determine needs for additional policies and guidelines, and the skills to develop what is needed.

This position must keep the Wildlife Program Manager and the Division Management Team well informed of administrative and program activities, problems, needs, accomplishments, and recommendations.

When controversies and conflicts arise, they are to be resolved by the incumbent using a variety of techniques. These include negotiation, consultation, conflict resolution, or

Exhibit E-10

compromise, to reach or make resource management decisions. Major controversies or conflicts may require involvement of or consultation with the Wildlife Program Manager, the Division Management Team, or the Commissioner.

## Problem Solving and Creativity
Creativity and problem solving are essential for applying programs in a way that protects resources and addresses complex and frequently polarized public demands.

Creativity is necessary to develop better mechanisms to meet continually changing expectations and demands in a climate of increasingly restricted resources and demands for greater accountability and efficiency. Creativity and problem-solving are also needed to incorporate wolf management needs into increasingly more integrated activities of the Department's different disciplines. In addition, the legislature, public, and other agencies and organizations expect new and expanding programs while budgets relative to inflation continue to shrink.

The incumbent must resolve problems that are statewide in scope (e.g., wolf depredation on livestock and pets).

Most often, resolution of issues involves reconciling the best biological information with social and political factors. This requires considerable understanding and knowledge of biological and management issues and a great deal of public relations skill in dealing with highly diverse interests.

## Freedom to Act
This position has broad discretion to act on wolf management problems and issues within the authority assigned or delegated by the Wildlife Program Manager.

This position has the freedom to plan, direct, monitor, and evaluate wolf management program development across the state.

This position must frequently act as spokesperson for the Division on wolf management programs. The incumbent may define and enact policies, regulatory activities, and planning, but cannot independently set policies governing field operations or the entire Division.

The incumbent must gain approval of higher authority for actions that would go beyond established policies and guidelines. At the same time, the knowledge required of the incumbent for things such as regulations, rulemaking, Indian treaties, and the limits of statutory authority makes this position responsible for primary input on wolf policy decisions related to these issues by higher authorities.

The incumbent acts in concert with the other Division staff to assure efficient and coordinated management; to integrate advances in wildlife science into the Division's management; and to advise the Division Management Team and the Commissioner on

wildlife issues.

6                                                                          Exhibit E-12

interoffice
MEMORANDUM

**FISH & WILDLIFE DIVISION**
Policy Section

███████████

Date:   April 3, 2007
To:     All Enforcement and Wildlife Field Staff
From:   Major Al Heidebrink, Enforcement Operations Manager
        Mike DonCarlos, Wildlife Research and Policy Manager
Phone:  651-259-5202

Subject: Wolf Management Questions and Update

As you are aware, Federal protection for gray wolves ended on March 12, and State laws became effective. DNR previously issued a news release and other information, primarily to inform individuals of the circumstances under which they can take wolves to protect livestock and pets. In response to staff questions, we offer the following updates and guidance:

- Enforcement has designated three Conservation Officers in wolf range to serve as primary internal and external contacts regarding wolf issues:
  - Lt. Greg Payton, District 5 Supervisor in Virginia
  - Lt. David Olsen, District 7 Supervisor in Grand Rapids
  - Lt. James Dunn, District 1 Supervisor in Warroad
- Wildlife has posted the Wolf Specialist Position, and expects to fill this key position by May, 2007. The Wolf Specialist will coordinate between Enforcement and Wildlife to ensure that the Minnesota Wolf Management Plan is fully implemented.
- USDA Wildlife Services will continue to provide depredation control, operating under State permit and continuing the old Federal guidelines until further notice.
- All salvageable wolf remains confiscated by DNR, **for any reason**, will be disposed of by sale or donation for educational purposes. No wolf carcasses, pelts, or parts will be released or sold for any other purposes.
- Procedures for wolf necropsy for biological and disease monitoring will be developed by the Wolf Specialist; Enforcement will determine the need, if any, for necropsy for Enforcement purposes on a case by case basis.
- The Directed Predator Control provisions of the Wolf Management Plan are not yet in effect, and will be implemented after development by the Wolf Specialist and Enforcement staff later this year.

We hope this answers your immediate questions. As always, let us know if you need more information.

Exhibit E-13

# MINNESOTA DEPARTMENT OF NATURAL RESOURCES



# MEMO

## Division of Enforcement

Information &
Education

Ecological
Services

Enforcement

Fish & Wildlife

Forestry

Lands & Minerals

Management
Resources

Parks &
Recreation

Trails &
Waterways

Waters

**Date: 04-17-2007**

**To: Michael Don Carlos**
**Wildlife Research and Policy Manager**

**From: MAJ. Allen W. Heidebrink**
**Enforcement Operations Manager**

**Phone: 651/259-5045**

**Subject: Gray Wolf Direction and Information (Enforcement)**

**On 3-11-07 direction and information was sent to all conservation officers, including gray wolf statues, the gray wolf news release, and the gray wolf facts and history document.**

**Conservation officers have all been provided with a copy of the Gray Wolf Management Plan.**

**On 4-3-07 Enforcement staff were sent the wolf management questions and update memorandum that were prepared by you and myself, which gave updated information and more direction to Fish and Wildlife and Enforcement Staff.**

**The Enforcement Division Management Team is presently working on a Gray Wolf Directive or Memorandum of Direction, which will outline a conservation officer's role and be the main source of direction for gray wolf enforcement activities.**

**Enforcement has also designated three conservation officers as lead gray wolf enforcement officers.**

**LT James Dunn District 1 Supervisor Baudette, MN**
**LT Greg Payton District 5 Supervisor Eveleth, MN**
**LT Dave Olsen District 7 Supervisor Grand Rapids, MN**

**At this time these lead gray wolf positions are temporary and Enforcement is pursuing the possibility of adding three positions to fulfill this requirement of the Wolf Management Plan.**

Exhibit E-14



*We are committed to serve the people of Minnesota by protecting natural resources, the environment and public safety through quality education and law enforcement.*

# MEMO

## Division of Enforcement

Page 2 of 2

I have also attached a graph, which shows conservation officer levels from 1998 thru 2006. I would like to point out that Enforcement added one more field officer, the Baudette #2 Station, which is in the contiguous wolf range and brings the total number of field conservation officers up to 64 in the gray wolf range. There also other conservation officers like district supervisors, regional managers, pilots, regional training officers, wetland enforcement officers, and ATV recreational officers stationed in the contiguous wolf range. All conservation officers enforce gray wolf regulations.

Next, I recently met with some of the USFWS Law Enforcement staff to go over some information I requested regarding illegal taking of gray wolves in Minnesota. I found it very interesting that nearly every case involving an illegally taken wolf was either initiated by a Minnesota conservation officer or one of our officers assisted in the case investigation.

Last, as you the NAWEOA Conference will be coming to St. Paul this July and I will be assisting Special Agent Pat Lund with the presentation and training on gray wolf delisting and Minnesota DNR Law Enforcements role in gray wolf protection and management.

**Funds Allocated and Expended for Wolf Mangement Activity FY2002 - 2009**

| Fiscal Year | Allocated Amount | Amount Spent | Fund | Authority | Description |
|---|---|---|---|---|---|
| 2002 | $ 95,000 | $    - | Heritage Enhancement | Minnesota Session Laws 2001, 1st Special Session - Chapter 2 | "6) $95,000 the first year and $400,000 the second year are for the state of Minnesota to assume management of the wolf, including monitoring wolf populations, conducting cooperative wolf depredation management, conducting telemetry and other applied research and includes funding for a cooperative agreement for depredation management with United States Department of Agriculture Wildlife Services. $305,000 the second year is only available if the federal government finalizes delisting the wolf from protection under the Endangered Species Act of 1973." Since de-listing did not occur, ALL FUNDS CANCELED. |
| 2003 | $ 400,000 | $    - | Heritage Enhancement | | |
| 2004 | $ 60,000 | $ 60,000 | Heritage Enhancement | Wildlife Management Spending Plan | Wolf research biologist salary costs |
| 2005 | $ 63,000 | $ 63,000 | Heritage Enhancement | Wildlife Management Spending Plan | Wolf research biologist salary costs |
| 2006 | $ 141,000 | $ 66,000 | Heritage Enhancement | Wildlife Management Spending Plan | Wolf research biologist, wolf management specialist, and related activities. Wolf management position not filled in FY06. |
| 2007 | $ 144,000 | $ 109,000 | Heritage Enhancement | Wildlife Management Spending Plan | Wolf research biologist, wolf management specialist, and related activities. $43,000 allocated to a wolf survey. Wolf management specialist to be hired at the end of FY07. |
| 2008 | $ 144,000 | NA | Heritage Enhancement | Governor's requested budget | Wolf management activities |
| 2009 | $ 144,000 | NA | Heritage Enhancement | Governor's requested budget | Wolf management activities |

Exhibit E-16



**Field Conservation Officer Levels on 09/01 of Each Year**

Legend:
- □ Field Stations
- ■ Vacancies

| Year | Field Stations | Vacancies |
|------|----------------|-----------|
| 1998 | 128 | 25 |
| 1999 | 130 | 23 |
| 2000 | 124 | 29 |
| 2001 | 135 | 18 |
| 2002 | 129 | 24 |
| 2003 | 113 | 40 |
| 2004 | 126 | 27 |
| 2005 | 135 | 19 |
| 2006 | 144 | 10 |
| 2007 | 154 | 0 |
| 2008* | 145 | 9 |
| 2009* | 148 | 6 |

* Denotes projected levels

Exhibit E-17

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Civil No. 1:07-cv-00677-PLF** |
| v. | ) ) | |
| Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service, | ) ) ) ) | |
| Defendants, | ) ) | |
| U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunters Association, *et al.*, | ) ) ) | |
| Intervenor-Defendants, | ) ) | |
| Safari Club International, National Rifle Association, *et al.*, | ) ) ) | |
| Intervenor-Defendants. | ) ) | |

## PROPOSED ORDER

Upon consideration of the Motion to Supplement the Record filed by Plaintiffs

The Humane Society of the United States *et al.*, and the responses and replies thereto, it

is

**ORDERED** that the motion to supplement is **GRANTED**; and it is

**FURTHER ORDERED** that the administrative record shall be supplemented by

the following document:

Letter from Michael W. DonCarlos, Minnesota Department of Natural
Resources, to Michael C. Soules, dated April 19, 2007 (with attachments).

**SO ORDERED**.

Dated:_____

_____
The Honorable Paul L. Friedman
United States District Judge

## <u>ATTORNEYS TO BE NOTIFIED</u>

Rebecca G. Judd
rjudd@hsus.org
Jonathan R. Lovvorn
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill
boneill@faegre.com
Sanne H. Knudsen
sknudsen@faegre.com
Michael C. Soules
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)
*Attorneys for Plaintiffs*

Jimmy A. Rodriguez
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7369
Washington, DC 20044
(202) 305-0342
Fax: (202) 305-0275
jimmy.rodriguez@usdoj.gov
 *Attorney for Federal Defendants*

William P. Horn
BIRCH, HORTON, BITTNER AND CHEROT
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
(202) 659-5800
Fax: (202) 659-1027
whorn@dc.bhb.com

James Hardwick Lister
BIRCH HORTON BITTNER AND CHEROT
1155 Connecticut Avenue
Suite 1200
Washington, DC 20038
(202) 659-5800
jlister@dc.bhb.com
*Attorneys for Intervenor-Defendants U.S. Sportsmen's Alliance Foundation, et al.*


Anna Margo Seidman
SAFARI CLUB INTERNATIONAL
501 2nd Street, NE
Washington, DC 20002
(202) 543-8733
Fax: (202) 543-1205
aseidman@cox.net

Douglas Scott Burdin
Safari Club International
501 2nd Street, NE
Washington, DC 20002
(202) 543-8733
Fax: 202-543-1205
dburdin@sci-dc.org
*Attorneys for Intervenor-Defendants Safari Club International, et al.*