**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of the Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, and the UNITED STATES FISH and WILDLIFE SERVICE. )<br>)<br>)<br>)<br>)<br>)<br>Defendants, )<br>)<br>U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTING ASSOCIATION, et al., )<br>)<br>)<br>)<br>Intervenor-Defendants, )<br>)<br>SAFARI CLUB INTERNATIONAL and the NATIONAL RIFLE ASSOCIATION, et al., )<br>)<br>)<br>)<br>Intervenor-Defendants. ) | Civil No. 1:07-cv-677-PLF<br><br><br><br><br><br><br><br><br><br>**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD** |

Federal Defendants respectfully move the Court for an extension of time to file a response to Plaintiffs' Motion to Supplement the Administrative Record. [Docket No. 28]. Pursuant to LCvR 7(b) and Fed.R.Civ.P. 6(e), Defendants' response is presently due by November 28, 2007. Defendants request that the time within which to file a response be extended until December 7, 2007. Counsel for Federal Defendants has conferred with Plaintiffs' Counsel pursuant to LCvR 7(m), Plaintiffs have indicated that they do not oppose this motion. In support of this motion, Defendants state as follows:

    1.    Defendants require the additional time requested to complete their response and

2

to further coordinate with the Department of Interior prior to filing a response brief.

      Wherefore, Defendants believe that an extension of time is warranted and hereby move for an extension of time within which to file a response to Plaintiffs' Motion to Supplement the Administrative Record until December 7, 2007.

Dated: November 23, 2007        Respectfully Submitted,

                                s/Jimmy A. Rodriguez
                                JIMMY A. RODRIGUEZ, Trial Attorney
                                U.S. Department of Justice
                                Environment & Natural Resources Division
                                Wildlife & Marine Resources Section
                                Ben Franklin Station, P.O. Box 7369
                                Washington, DC 20044-7369
                                Phone: (202) 305-0342/ Fax: (202) 305-0275
                                Email: Jimmy.Rodriguez@usdoj.gov

                                Attorney for Federal Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE ) <br> UNITED STATES, <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, et al., ) <br> ) <br> Defendants, ) <br> ) <br> U.S. SPORTSMEN'S ALLIANCE ) <br> FOUNDATION, WISCONSIN BEAR ) <br> HUNTING ASSOCIATION, <u>et al.</u>, ) <br> ) <br> Intervenor-Defendants, ) <br> ) <br> SAFARI CLUB INTERNATIONAL and ) <br> the NATIONAL RIFLE ASSOCIATION, <u>et</u> ) <br> <u>al.</u>, ) <br> Intervenor-Defendants. ) | Civil No. 1:07-cv-677-PLF <br><br><br> **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME** |

This matter comes before the Court on Federal Defendants' Unopposed Motion for an Extension of Time to File a Response to Plaintiffs' Motion to Supplement the Administrative Record. The Court, having reviewed the motion, finding good cause, and being otherwise fully advised, FINDS and ORDERS as follows:

The Court hereby GRANTS Defendants' Unopposed Motion for an Extension of Time and ORDERS that the time within which to file a response to Plaintiffs' Motion to Supplement the Administrative Record is extended until December 7, 2007.

DATED, this _____ day of _____, 2007.

_____
United States District Judge