UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> THE U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTERS ASSOCIATION, SCOTT MEYER, and ROBERT STAFSHOLT, <br><br> Defendant-Intervenors <br> and <br><br> SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL FOUNDATION, and NATIONAL RIFLE ASSOCIATION, <br><br> Defendant-Intervenors. | Civil Action No. 1:07-cv-00677(PLF) |

**JOINDER OF DEFENDANT-INTERVENORS IN FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME (DOCKET 30) TO RESPOND TO PLAINTIFFS' MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD (DOCKET 28) AND MOTION OF <u>DEFENDANT-INTERVENORS FOR PARALLEL EXTENSION</u>**

Defendant-Intervenors U.S. Sportsmens' Alliance Foundation, Safari Club International ("SCI"), Safari Club International Foundation ("SCIF"), the National Rifle Association ("NRA"), the Wisconsin Bear Hunters' Association, Scott Meyer, and Robert Stafsholt (collectively, "Defendant-Intervenors") hereby join in the Unopposed Motion filed by the Federal Defendants (Docket 30) requesting an extension of the time through December 7, 2007

to respond to Plaintiffs' Motion to Supplement the Administrative Record (Docket 28). Further, Defendant-Intervenors respectfully request that they receive the same extension requested by the Federal Defendants.

Defendant-Intervenors' counsel have commitments in other cases that would make it extremely difficult to prepare a response to Plaintiffs' Motion to Supplement the Administrative Record by the unextended due date, which would be November 28, 2007. Plaintiffs do not oppose an extension of time for the Federal Defendants and have clarified today that they likewise do not oppose a parallel extension of time for Defendant-Intervenors. The Federal Defendants also do not oppose a parallel extension for the Defendant-Intervenors. It is most efficient that the same due date be set for responses from all Defendants.

WHEREFORE, Defendant-Intervenors respectfully request an extension through December 7, 2007 of the due date for a response to Plaintiffs' Motion to Supplement the Administrative Record. A proposed Order is attached.

Dated: November 26, 2007

Respectfully Submitted,

| | |
|---|---|
| /s/ James H. Lister | /s/ Anna M. Seidman |
| William P. Horn (D.C. Bar No. 375666) | Anna M. Seidman (D.C. Bar No. 417091) |
| James H. Lister (D.C. Bar. No. 447878) | Douglas S. Burdin (D.C. Bar No. 434107) |
| Birch Horton, Bittner & Cherot | Safari Club International |
| 1155 Connecticut Avenue N.W., Suite 1200 | 501 2nd Street NE |
| Washington, D.C.  20036 | Washington, D.C.  20002 |
| (202) 659-5800 | (202) 543-8733 |
| Fax:  (202)659-1027 | Fax:  (202) 543-1205 |
| whorn@dc.bhb.com | aseidman@sci-dc.org |
| jlister@dc.bhb.com | dburdin@sci-dc.org |
| *Counsel for U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunters' Association, Scott Meyer and Robert Stafsholt* | *Counsel for Safari Club International,  Safari Club International Foundation, and National Rifle Association* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> THE U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTERS ASSOCIATION, SCOTT MEYER, and ROBERT STAFSHOLT, <br><br> Defendant-Intervenors, <br><br> and <br><br> SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL FOUNDATION, and NATIONAL RIFLE ASSOCIATION, <br><br> Defendant-Intervenors. | Civil Action No. 1:07-cv-00677(PLF) |

## **[PROPOSED] ORDER**

Upon consideration of the Federal Defendants' Motion (Docket 30) for Extension of Time to Respond to Plaintiffs' Motion to Supplement Administrative Record (Docket 28) and Defendant-Intervenors' Joinder to that Motion, it is hereby ORDERED that all Defendants shall have until December 7, 2007 to respond to Plaintiffs' Motion.

_____
United States District Judge