# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment,<br><br>    Plaintiffs,<br><br>  v.<br><br>Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service,<br><br>    Defendants,<br><br>U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunting Association, *et al.*,<br><br>    Intervenor-Defendants,<br><br>Safari Club International, National Rifle Association, *et al.*,<br><br>    Intervenor-Defendants. | **Civil No. 1:07-cv-00677-PLF** |

## PARTIES' JOINT MOTION TO REVISE THE BRIEFING SCHEDULE

Plaintiffs The Humane Society of the United States, *et al.*, Federal Defendants Dirk Kempthorne, Secretary of the United States Department of the Interior, *et al.*, Intervenor-Defendants U.S. Sportsmen's Alliance Foundation, *et al.*, and Intervenor-Defendants Safari Club International, *et al.*, have conferred about scheduling of this case and hereby move to revise the briefing schedule.

In lieu of the current schedule, the parties propose the following schedule for resolving this matter:

    January 18, 2008: Federal Defendants shall file their response and cross-motion for summary judgment and Intervenor-Defendants shall file their response and

cross-motion for summary judgment.

February 15, 2008: Plaintiffs shall file their reply brief.

March 7, 2008: Federal Defendants shall file their reply brief and Intervenor-Defendants shall file their reply brief.

Dated: December 18, 2007                    Respectfully submitted,

                                            /s/  Michael C. Soules & Rebecca G. Judd
Rebecca G. Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn, D.C. Bar No. 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill, Minn. Bar No. 82521
boneill@faegre.com
Sanne H. Knudsen, Minn. Bar No. 0344552
sknudsen@faegre.com
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs*

Dated: December 18, 2007

/s/ (with permission by Michael C. Soules)
Ronald J. Tenpas
Acting Assistant Attorney General
Jean Williams, Chief
Lisa Russell, Assistant Chief
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section

Jimmy A. Rodriguez, Trial Attorney
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0342
Facsimile: (202) 305-0275
Jimmy.Rodriguez@usdoj.gov

*Attorneys for Federal Defendants*

Dated: December 18, 2007

/s/ (with permission by Michael C. Soules)
Anna M. Seidman, D.C. Bar No. 417091
Douglas S. Burdin, D.C. Bar No. 434107
501 2nd Street NE
Washington, DC 20002
(202) 543-8733
(202) 543-1205

/s/ (with permission by Michael C. Soules)
William P. Horn, D.C. Bar No. 375666
James H. Lister, D.C. Bar No. 447878
Birch, Horton, & Cherot
1155 Connecticut Ave., NW, Suite 1200
Washington, DC 20036
(202) 659-5800
(202) 659-1027

*Attorneys for Intervenor-Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment, | ) ) ) ) ) ) | **Civil No. 1:07-cv-00677-PLF** |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service, | ) ) ) ) |  |
| Defendants, | ) ) |  |
| U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunting Association, *et al.*, | ) ) ) |  |
| Intervenor-Defendants, | ) ) |  |
| Safari Club International, National Rifle Association, *et al.*, | ) ) ) |  |
| Intervenor-Defendants. | ) |  |

## PROPOSED ORDER

Upon consideration of the Parties' Joint Motion To Revise The Briefing Schedule, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the parties' revised proposed briefing schedule is hereby adopted by the Court, and the briefing schedule in this case is as follows:

>January 18, 2008: Federal Defendants shall file their response and cross-motion for summary judgment and Intervenor-Defendants shall file their response and cross-motion for summary judgment.

>February 15, 2008: Plaintiffs shall file their reply brief.

>March 7, 2008: Federal Defendants shall file their reply brief and Intervenor-

Defendants shall file their reply brief.

**SO ORDERED**.

Dated:_____                              _____
                                                  The Honorable Paul L. Friedman
                                                  United States District Judge