IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment,<br><br>    Plaintiffs,<br><br>v.<br><br>Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service,<br><br>    Defendants,<br><br>U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunting Associating, *et al.*,<br><br>    Intervenor-Defendants,<br><br>Safari Club International, National Rifle Association, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 1:07-cv-00677-PLF<br><br>**ORDER ON MOTION OF NATIONAL WILDLIFE FEDERATION et al. TO FILE BRIEF AS AMICUS CURIAE**<br><br>**FILED**<br>JAN 1 6 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Having reviewed the Unopposed Motion for Leave to File Brief as Amicus Curiae filed by Applicants National Wildlife Federation, Wisconsin Wildlife Federation, Minnesota Conservation Federation, and Michigan United Conservation Clubs, (collectively "NWF") and the parties' submissions in connection therewith, it is hereby

  ORDERED that NWF's Motion is GRANTED, and it is hereby further

  ORDERED that NWF shall be permitted to participate in these proceedings as *amicus curiae*, including by filing a brief with the Court no later than January 25, 2008.

Date: _____, 2008.

_____
The Honorable Paul L. Friedman
United States District Judge
District of Columbia