IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Dirk Kempthorne, Secretary of the Interior, et al. )<br>)<br>Defendants, )<br>)<br>U.S. Sportsmen's Alliance Foundation, et al., )<br>)<br>and )<br>)<br>Safari Club International, National Rifle )<br>Association, et al., )<br>)<br>Intervenor-Defendants. ) | Case No. 07-CV-00677<br><br>AMICUS NATIONAL WILDLIFE FEDERATION ET AL. MEMORANDUM IN SUPPORT OF DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2008, I am causing to be served by first class mail the Amicus National Wildlife Federation et al. Memorandum In Support Of Defendants' Cross Motion For Summary Judgment And Opposition To Plaintiffs' Motion For Summary Judgment on the following:

M. Carol Bambery
444 North Capitol Street, NW
Suite 725
Washington, DC 20001

J. Anthony Logan
OHIO DEPARTMENT OF NATURAL RESOURCES
2045 Morse Road, D-3
Columbus, OH 43229

Tracy E. McGinnis
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 180
Jefferson, MO 65102-0180

David W. Merchant
OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF MINNESOTA

445 Minnesota Street
100 Bremer Tower
Saint Paul, MN 55101

Paul Morrison
OFFICE OF THE ATTORNEY GENERAL
120 SW 10th Street
Memorial Hall, Second Floor
Topeka, KS 66612

Morgain M. Sprague
OFFICE OF THE ATTORNEY GENERAL
#1 Sportsman's Lane
Frankfurt, KY 40601

Wayne K. Stenehjem
600 East Boulevard Avenue
Departmnt 25
Bismarck, ND 58505-0040

J. B. VanHollen
OFFICE OF THE ATTORNEY GENERAL
17 West Main Street
Madison, WI 53703

_____
Jonathan R. Stone, D.C. Bar No. 425021
jstone@cwt.com
Cadwalader, Wickersham & Taft LLP
1201 F Street N.W., Suite 1100
Washington, DC 20004
Telephone: 202-862-2200
Facsimile: 202-862-2400