**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 1:07-cv-677-PLF |
| v. | ) ) | |
| DIRK KEMPTHORNE, et al., | ) ) | |
| Defendants, | ) ) | |
| U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTING ASSOCIATION, et al., | ) ) ) ) | |
| Intervenor-Defendants, | ) ) | |
| SAFARI CLUB INTERNATIONAL and the NATIONAL RIFLE ASSOCIATION, et al., | ) ) ) | |
| Intervenor-Defendants. | ) ) ) | |

**NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Kristen L. Gustafson has entered an appearance as counsel for Federal Defendants in this matter. Copies of future filings, notices, and decisions should be sent to Ms. Gustafson at the address listed below:

<u>U.S. Mail</u>:

    Kristen L. Gustafson
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7369

Washington, D.C. 20044-7369

Street Address for FED-EX and Courier:

Kristen L. Gustafson
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, NW, Room 3032
Washington, D.C. 20530

Telephone:  (202) 305-0211

Facsimile:  (202) 305-0275

Email:  Kristen.Gustafson@usdoj.gov

Respectfully submitted this 10th day of March, 2008,

        RONALD J. TENPAS
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        JEAN E. WILLIAMS,  Chief
        LISA L. RUSSELL, Assistant Chief
        JIMMY A. RODRIGUEZ, Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section

        /s/ Kristen L. Gustafson
        KRISTEN L. GUSTAFSON
        D.C. Bar #460443
        Senior Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369
        Tel. (202) 305-0211/ Fax (202) 305-0275
        Kristen.Gustafson@usdoj.gov

                                        Attorneys for Federal Defendants

OF COUNSEL:
Sharon Pudwill
United States Department of the Interior
Office of the Solicitor
Bishop Henry Whipple Fed. Bldg.
1 Federal Drive
Fort Snelling, MN 55111-4030