## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment,<br><br>          Plaintiffs,<br><br>   v.<br><br>Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service,<br><br>          Defendants,<br><br>U.S. Sportsmen's Alliance Foundation; Wisconsin Bear Hunters Association; *et al.*,<br><br>          Intervenor-Defendants,<br><br>Safari Club International; National Rifle Association; *et al.*,<br><br>          Intervenor-Defendants. | **Civil No. 1:07-cv-00677-PLF** |

## NOTICE OF MANUAL FILING

Notice is hereby provided to the Court and the parties that on March 20, 2008, Plaintiffs sent for filing with this Court two copies of the administrative record appendix required by LCvR 7(n). Pursuant to LCvR 5.4(e)(1)(A), this appendix is being filed manually. Copies of this appendix are also being provided to counsel for Federal Defendants and Intervenor-Defendants.

Dated: March 20, 2008    Respectfully submitted,

/s/  Michael C. Soules & Rebecca G. Judd
Rebecca G. Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn, D.C. Bar No. 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill, Minn. Bar No. 82521
boneill@faegre.com
Sanne H. Knudsen, Minn. Bar No. 0344552
sknudsen@faegre.com
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs*