# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 1:07-cv-677-PLF ) |
| DIRK KEMPTHORNE, Secretary of the Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, and the UNITED STATES FISH and WILDLIFE SERVICE. | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTING ASSOCIATION, et al., | ) ) ) ) |
| Intervenor-Defendants, | ) ) |
| SAFARI CLUB INTERNATIONAL and the NATIONAL RIFLE ASSOCIATION, et al., | ) ) ) ) |
| Intervenor-Defendants. | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that JIMMY A. RODRIGUEZ is WITHDRAWING as counsel for the Federal Defendants in the above-captioned case. Kristen Gustafson will continue to represent the Federal Defendants in this matter.

Dated: April 1, 2008     Respectfully Submitted,

s/Jimmy A. Rodriguez
JIMMY A. RODRIGUEZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369

Phone: (202) 305-0342/ Fax: (202) 305-0275
Email: Jimmy.Rodriguez@usdoj.gov

Attorney for Federal Defendants