# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment, <br><br> Plaintiffs, <br><br> v. <br><br> Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service, <br><br> Defendants, <br><br> U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunters Association, *et al.*, <br><br> Intervenor-Defendants, <br><br> Safari Club International, National Rifle Association, *et al.*, <br><br> Intervenor-Defendants. | Civil No. 1:07-cv-00677-PLF |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs hereby request that the Court schedule a hearing on the parties' pending cross-motions for summary judgment. The reasons for this request are as follows:

In this action under the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, *et seq.*, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, Plaintiffs are challenging the United States Fish and Wildlife Service's ("FWS") designation and delisting of the western Great Lakes distinct population segment of the gray wolf. *See* 72 Fed. Reg. 6052 (Feb. 8, 2007). The parties

1

have briefed Plaintiffs' claims on cross-motions for summary judgment, and summary judgment briefing was completed on March 7, 2008. This case presents complex legal and factual issues for which argument may be beneficial. Accordingly, Plaintiffs respectfully request that the Court schedule oral argument on the pending motions for summary judgment as the Court's calendar allows.[1]

Plaintiffs' counsel has conferred with counsel for the Federal Defendants and Intervenor-Defendants ("Intervenors") regarding this request for oral argument, and Defendants' counsel does not oppose Plaintiffs' request.[2]

---

[1] Plaintiffs' counsel is not available on May 23 and July 25-August 1, 2008.

[2] Counsel for Federal Defendants is unavailable on May 27-30 and July 9-10, 2008. Counsel for Intervenor-Defendants is unavailable on May 28, June 25-July 3, and July 17-18, 2008. Counsel for Intervenors have requested Plaintiffs to notify the Court that Intervenors would like to split any argument time allotted to them, with the attorney for one group covering one set of issues and the attorney for the other group the remaining issues. Plaintiffs take no position on this request.

Dated: May 7, 2008                     Respectfully submitted,

/s/  Michael C. Soules & Rebecca G. Judd
Rebecca G. Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn, D.C. Bar No. 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill, Minn. Bar No. 82521
boneill@faegre.com
Sanne H. Knudsen, Minn. Bar No. 0344552
sknudsen@faegre.com
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs*