# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States; Help Our Wolves Live ("HOWL"); Animal Protection Institute; and Friends of Animals and Their Environment, | ) ) ) ) ) ) |
| Plaintiffs, | ) **Civil No. 1:07-cv-00677-PLF** |
| v. | ) ) |
| Dirk Kempthorne, Secretary of the Interior; United States Department of the Interior; and United States Fish and Wildlife Service, | ) ) ) ) |
| Defendants, | ) ) |
| U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunters Association, *et al.*, | ) ) ) |
| Intervenor-Defendants, | ) ) |
| Safari Club International, National Rifle Association, *et al.*, | ) ) ) |
| Intervenor-Defendants. | ) ) |

## **PLAINTIFFS' REQUEST TO SET ARGUMENT SCHEDULE**

Plaintiffs respectfully request that the Court establish an argument schedule for the oral argument set for August 4, 2008, on the parties' cross-motions for summary judgment. Plaintiffs have conferred with counsel for the Federal Defendants and Defendant-Intervenors, and the parties jointly propose the following argument schedule: 30 minutes of argument time for Plaintiffs, 25 minutes of argument time for Federal Defendants, and 10 minutes of argument time

1

for Defendant-Intervenors to be shared equally by the two lead counsel representing the Defendant-Intervenor group.

Dated: July 23, 2008

Respectfully submitted,

/s/  Michael C. Soules & Rebecca G. Judd
Rebecca G. Judd, D.C. Bar No. 486315
rjudd@hsus.org
Jonathan R. Lovvorn, D.C. Bar No. 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street, NW
Washington, DC  20037
(202) 452-1100
(202) 778-6132 (facsimile)

Brian B. O'Neill, Minn. Bar No. 82521
boneill@faegre.com
Sanne H. Knudsen, Minn. Bar No. 0344552
sknudsen@faegre.com
Michael C. Soules, D.C. Bar No. 477911
msoules@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

*Attorneys for Plaintiffs*