UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, HELP OUR WOLVES LIVE, ANIMAL PROTECTION INSTITUTE, AND FRIENDS OF ANIMALS AND THEIR ENVIRONMENT,<br><br>   Plaintiffs,<br><br> vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, U.S. DEPARTMENT OF THE INTERIOR, AND U.S. FISH AND WILDLIFE SERVICE<br><br>   Defendants,<br><br>SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL FOUNDATION, AND NATIONAL RIFLE ASSOCIATION,<br><br>   Defendant-Intervenors,<br>and<br><br>U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTING ASSOCIATION, SCOTT MEYER, AND ROB STAFHOLT,<br><br>   Defendant-Intervenors. | Case No. 1:07-cv00677-PLF |

## NOTICE REGARDING ORAL ARGUMENT

  Pursuant to the Court's Minute Order dated July 25, 2008, the Parties provide the following listing of attorneys designated to present oral argument and proposed time allocations for opening and rebuttal oral argument:

1

| OPENING ORAL ARGUMENT PROPOSAL | | |
|---|---|---|
| **Party** | **Presenting Attorney** | **Time Allotted** |
| Plaintiffs | Michael Soules | 30 Minutes |
| Federal Defendants | Kristen Gustafson | 25 Minutes |
| Defendant-Intervenors Safari Club International, et al. | Anna Seidman | 5 Minutes |
| Defendant-Intervenors U.S. Sportsmen's Alliance Foundation, Wisconsin Bear Hunters' Association, et al. | James Lister | 5 Minutes |

| REBUTTAL ORAL ARGUMENT PROPOSAL | | |
|---|---|---|
| **Party** | **Presenting Attorney** | **Time Allotted** |
| Plaintiffs | Michael Soules | 6 Minutes |
| Federal Defendants | Kristen Gustafson | 5 Minutes |
| Defendant-Intervenors Collectively | Either Anna Seidman or James Lister | 2 Minutes |

The Parties have agreed to propose that rebuttal time be in addition to opening argument time.

Defendant-Intervenors have prepared this notice and represent that the Plaintiffs and Federal Defendants concur in this submission.

Dated August 1, 2008                              Respectfully submitted,


/s/ James H. Lister                              /s/ Anna M. Seidman
William P. Horn (D.C. Bar No. 375666)            Anna M. Seidman (D.C. Bar No. 417091)
James H. Lister (D.C. Bar No. 447878)            Douglas S. Burdin (D.C. Bar No. 434107)
Birch Horton, Bittner & Cherot                   Safari Club International
1155 Connecticut Avenue N.W., Suite 1200         501 2nd Street NE
Washington, D.C.  20036                          Washington, D.C.  20002
(202) 659-5800                                   (202) 543-8733
Fax:  (202)659-1027                              Fax:  (202) 543-1205
whorn@dc.bhb.com                                 aseidman@sci-dc.org
jlister@dc.bhb.com                               dburdin@sci-dc.org

*Counsel for U.S. Sportsmen's Alliance            Counsel for Safari Club International,  Safari
Foundation, Wisconsin Bear Hunters'               Club International Foundation, and National
Association, Scott Meyer and Robert Stafsholt    Rifle Association*