## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al., ) ) ) | |
| Plaintiffs, ) ) | Civil No. 1:07-cv-677-PLF |
| v. ) ) | |
| DIRK KEMPTHORNE, et al., ) ) | |
| Defendants, ) ) | |
| U.S. SPORTSMEN'S ALLIANCE FOUNDATION, WISCONSIN BEAR HUNTING ASSOCIATION, et al., ) ) ) ) | |
| Intervenor-Defendants, ) ) | |
| SAFARI CLUB INTERNATIONAL and the NATIONAL RIFLE ASSOCIATION, et al., ) ) ) | |
| Intervenor-Defendants. ) ) ) | |

### NOTICE OF FILING

Federal Defendants submit Attachments 1 and 2 to this Notice of Filing in response to the Court's minute order dated August 7, 2008, which stated as follows: "On or before August 15, 2008, counsel for defendants shall file with the Court a list of each time that the United States Fish and Wildlife Service and the National Marine Fisheries Service have designated a distinct population segment, or DPS, under the Endangered Species Act ["ESA"]. This list should specify which DPS designations resulted in the DPS at issue being listed as threatened or endangered, and which DPS designations resulted in the DPS at issue being delisted or

downlisted. Defendants' filing should not include any legal argumentation."[1/] Attachments 1 and 2 do not include a listing of DPSs identified in status reviews, but which did not warrant listing under the ESA, nor do they include DPS candidate species that are currently undergoing status review. Attachments 1 and 2 do identify actions that pre-dated the inclusion of the "distinct population segment" language in the ESA, but which are currently treated as DPSs by the agencies. Attachments 1 and 2 also identify actions that post-dated the inclusion of the "distinct population segment" language in the ESA, but pre-dated the agencies' DPS Policy.

Respectfully submitted this 15th day of August, 2008,

          RONALD J. TENPAS
          Assistant Attorney General
          United States Department of Justice
          Environment & Natural Resources Division

          JEAN E. WILLIAMS, Chief
          LISA L. RUSSELL, Assistant Chief
          United States Department of Justice
          Environment & Natural Resources Division
          Wildlife & Marine Resources Section

          /s/ Kristen L. Gustafson
          KRISTEN L. GUSTAFSON
          D.C. Bar #460443
          Senior Trial Attorney
          United States Department of Justice
          Environment & Natural Resources Division
          Wildlife & Marine Resources Section
          Ben Franklin Station, P.O. Box 7369

---

[1/] Attachments 1 and 2 have been created for the purpose of responding to the Court's August 7, 2008 minute order. If an individual requests a list of DPSs from the Fish and Wildlife Service or the National Marine Fisheries Service, that list may not be identical to the matrices contained in Attachments 1 and 2 due to the manner in which DPSs are identified and tracked by the agencies and the specific purpose for which Attachments 1 and 2 were prepared.

        Washington, D.C. 20044-7369
        Tel. (202) 305-0211/ Fax (202) 305-0275
        Kristen.Gustafson@usdoj.gov

        Attorneys for Federal Defendants

<u>OF COUNSEL</u>:
Sharon Pudwill
United States Department of the Interior
Office of the Solicitor
Bishop Henry Whipple Fed. Bldg.
1 Federal Drive
Fort Snelling, MN 55111-4030

# ATTACHMENT 1:  DISTINCT POPULATION SEGMENTS DESIGNATED BY THE FISH AND WILDLIFE SERVICE

| Inverted Common Name | Scientific Name | Where DPS Listed | Action Taken on Status of DPS | Date of Action | Federal Register citation | Notes |
|---|---|---|---|---|---|---|
| Bear, grizzly | Ursus arctos horribilis | Yellowstone DPS | Delisted | 3/29/2007 | 72 FR 14865 | DPS designated and delisted in same action |
| Bear, grizzly[1,3] | Ursus arctos horribilis | lower 48 States, except where listed as an experimental population or delisted | listed - T | 7/28/1975 | 40 FR 31734 | Grizzly bears were originally listed (Ursus horribilis) in 1967 under precursor to the Act, then removed in 1970.  The lower 48 population was listed as T in 1975 (international boundary used because bear populations in Canada were not T or E).  The original DPS listing was subsequently modified in 2007 by the delisting of the Yellowstone DPS. |
| Caracara, Audubon's crested[2] | Polyborus plancus audubonii | FL pop. | listed - T | 7/6/1987 | 52 FR 25229 | |
| Caribou, woodland[2] | Rangifer tarandus caribou | Selkirk Mountain population | listed - E | 10/25/1983 | 48 FR 49245 | |
| Condor, California[1] | Gymnogyps californianus | U.S.A. only | listed - E | 3/11/1967 | 32 FR 4001 | |
| Crocodile, American[1] | Crocodylus acutus | FL pop. | listed - E | 9/25/1975 | 40 FR 44149 | American crocodile was originally listed as endangered in 1975 only in FL.  The listing was revised in 1979 to list American crocodlile throughout its range. |
| Crocodile, American[1] | Crocodylus acutus | FL pop. | reclassified - T | 3/20/2007 | 71 FR 13027 | At the time of this action, American crocodile was listed as E throughout its range.  This action designated and reclassified to T the Florida DPS (the remainder of the species outside the U.S. remains listed as endangered). |
| Deer, Columbian white-tailed | Odocoileus virginianus leucurus | Columbia River DPS | listed - E | 7/24/2003 | 68 FR 43647 | The entire subspecies was originally listed in 1967.  The subspecies was then divided into 2 DPSs in 2003, one of which was delisted in that action. |

**ATTACHMENT 1: DISTINCT POPULATION SEGMENTS DESIGNATED BY THE FISH AND WILDLIFE SERVICE**

| Inverted Common Name | Scientific Name | Where DPS Listed | Action Taken on Status of DPS | Date of Action | Federal Register citation | Notes |
|---|---|---|---|---|---|---|
| Deer, Columbian white-tailed | Odocoileus virginianus leucurus | Douglas County DPS | Delisted | 7/24/2003 | 68 FR 43647 | The entire subspecies was originally listed in 1967. The subspecies was then divided into 2 DPSs in 2003, one of which was delisted in that action. |
| Eagle, bald | Haliaeetus leucocephalus | Sonoran Desert DPS | listed - T | 5/1/2008 | 73 FR 23966 | Court ordered completion of 12-month finding (07-038 D.Ariz.) |
| Eagle, bald [1] | Haliaeetus leucocephalus | WA, OR, MN, WI, MI | listed - T | 2/14/1978 | 43 FR 6230 | Originally listed as southern bald eagle (Haliaeetus leucocephalus leucocephalus) in 1967. In 1978, bald eagle (Haliaeetus leucocephalus) was listed as endangered in the lower 48 except in WA, OR, MN, WI, MI where it was listed as threatened. |
| Eagle, bald [1] | Haliaeetus leucocephalus | lower 48 states, except WA, OR, MN, WI, MI | listed - E | 2/14/1978 | 43 FR 6230 | Originally listed as southern bald eagle (Haliaeetus leucocephalus leucocephalus) in 1967. In 1978, bald eagle (Haliaeetus leucocephalus) was listed as endangered in the lower 48 except in WA, OR, MN, WI, MI where it was listed as threatened. |
| Eagle, bald [1] | Haliaeetus leucocephalus | lower 48 states | Reclassified - T | 7/12/1995 | 60 FR 36010 | This action reclassified all bald eagles in the lower 48 to threatened, effectively combining the two 1978 listings into one DPS. |
| Eagle, bald [1] | Haliaeetus leucocephalus | lower 48 states | Delisted | 7/9/2007 | 72 FR 37373 | |
| Eider, Steller's | Polysticta stelleri | AK breeding pop. | listed - T | 6/11/1997 | 62 FR 31748 | |
| Frog, Mississippi gopher | Rana capito sevosa | Wherever found west of Mobile and Tombigbee Rivers in AL, MS, and LA | listed - E | 12/4/2001 | 66 FR 62993 | |
| Frog, mountain yellow-legged | Rana muscosa | southern California DPS | listed - E | 7/2/2002 | 67 FR 44382 | |
| Kite, Everglade snail[1] | Rostrhamus sociabilis plumbeus | FL pop. | listed - E | 3/11/1967 | 32 FR 4001 | |
| Lynx, Canada | Lynx canadensis | lower 48 States DPS | listed - T | 3/24/2000 | 65 FR 16051 | |

**ATTACHMENT 1:  DISTINCT POPULATION SEGMENTS DESIGNATED BY THE FISH AND WILDLIFE SERVICE**

| Inverted Common Name | Scientific Name | Where DPS Listed | Action Taken on Status of DPS | Date of Action | Federal Register citation | Notes |
|---|---|---|---|---|---|---|
| Murrelet, marbled[2] | Brachyramphus marmoratus | CA, OR, WA | listed - T | 10/1/1992 | 57 FR 45328 | |
| Otter, Northern Sea | Enhydra lutris kenyoni | southwest Alaska DPS | listed - T | 8/9/2005 | 70 FR 46365 | |
| Pelican, brown[2] | Pelecanus occidentalis | U.S. Atlantic coast, FL, AL | Delisted | 2/4/1985 | 50 FR 4938 | Brown pelicans were listed throughout their entire range in 1970.  The listing was modified when the Atlantic coast, FL, and AL population was delisted in 1985.  On 2/20/2008 FWS proposed to delist the species throughout the remainder of its range. |
| Pelican, brown[2, 3] | Pelecanus occidentalis | except U.S. Atlantic coast, FL, AL | currently listed - E, proposed rule to delist | 2/20/2008 | 73 FR 9407 | |
| Plover, piping[2] | Charadrius melodus | Great Lakes watershed | listed - E | 12/11/1985 | 50 FR 50726 | |
| Plover, piping[2] | Charadrius melodus | except Great Lakes watershed | listed - T | 12/11/1985 | 50 FR 50726 | |
| Plover, western snowy[2] | Charadrius alexandrinus nivosus | Pacific coastal pop. | listed - T | 3/5/1993 | 58 FR 12864 | |
| Pygmy-owl, cactus ferruginous | Glaucidium brasilianum cactorum | AZ population | listed - E | 3/10/1997 | 62 FR 10730 | |
| Pygmy-owl, cactus ferruginous | Glaucidium brasilianum cactorum | AZ population | Delisted | 4/14/2006 | 71 FR 19452 | Delisted because no longer considered a valid DPS |
| Rabbit, pygmy | Brachylagus idahoensis | Columbia Basin DPS | listed - E | 11/30/2001 | 66 FR 59769 | |
| Rail, light-footed clapper[1] | Rallus longirostris levipes | U.S.A. only | listed - E | 10/13/1970 | 35 FR 16047 | |
| Rail, Yuma clapper[1] | Rallus longirostris yumanensis | U.S.A. only | listed - E | 3/11/1967 | 32 FR 4001 | |
| Rice rat[2] | Oryzomys palustris natator | lower FL Keys | listed - E | 4/30/1991 | 56 FR 19809 | |
| Salamander, California tiger | Ambystoma californiense | U.S.A. (CA - Sonoma County) | listed - E | 3/19/2003 | 68 FR 13498 | Emergency listed 7/22/2002 |

**ATTACHMENT 1: DISTINCT POPULATION SEGMENTS DESIGNATED BY THE FISH AND WILDLIFE SERVICE**

| Inverted Common Name | Scientific Name | Where DPS Listed | Action Taken on Status of DPS | Date of Action | Federal Register citation | Notes |
|---|---|---|---|---|---|---|
| Salamander, California tiger | Ambystoma californiense | U.S.A. (Central CA DPS) | listed - T | 8/23/2005 | 70 FR 49379 | In 2004, the Sonoma and Santa Barbara DPSs were downlisted to T and combined with the Central CA DPS in a rangewide listing. Separate DPS designations for each of the DPSs were restored by court 8/18/2005. Case no. 04-4324 (N.D. Cal.) |
| Salamander, California tiger | Ambystoma californiense | U.S.A. (CA - Santa Barbara County) | listed - E | 9/21/2000 | 65 FR 57241 | Emergency listed 1/19/2000 |
| Salmon, Atlantic | Salmo salar | Gulf of Maine Atlantic Salmon DPS | listed - E | 11/17/2000 | 65 FR 69459 | |
| Sea turtle, green[1] | Chelonia mydas | FL, Mexico nesting pops. | listed - E | 7/28/1978 | 43 FR 32800 | |
| Sea turtle, green[1] | Chelonia mydas | except where endangered | listed - T | 7/28/1978 | 43 FR 32800 | |
| Sea turtle, olive ridley[1] | Lepidochelys olivacea | except where endangered | listed - T | 7/28/1978 | 43 FR 32800 | |
| Sea turtle, olive ridley[1] | Lepidochelys olivacea | Mexican nesting pop. | listed - E | 7/28/1978 | 43 FR 32800 | |
| Sheep, bighorn | Ovis canadensis | Peninsular CA pop. | listed - E | 3/18/1998 | 63 FR 13134 | |
| Sheep, Sierra Nevada bighorn | Ovis canadensis californiana | Sierra Nevada DPS | listed - E | 4/20/1999 | 64 FR 19300 | |
| Shiner, Arkansas River | Notropis girardi | Arkansas R. Basin | listed - T | 11/23/1998 | 63 FR 64771 | |
| Snake, copperbelly water | Nerodia erythrogaster neglecta | MI, OH, IN N of 400 N. Lat. | listed - T | 1/29/1997 | 62 FR 4183 | |
| Stork, wood[2] | Mycteria americana | AL, FL, GA, SC | listed - E | 2/28/1984 | 49 FR 7332 | |
| Sturgeon, white[2] | Acipenser transmontanus | U.S.A. (ID, MT), Canada (B.C.), Kootenai R. system | listed - E | 9/6/1994 | 59 FR 45989 | |
| Tern, least[2] | Sterna antillarum | interior pop. | listed - E | 5/28/1985 | 50 FR 21784 | |
| Tern, roseate[2] | Sterna dougallii dougallii | Western Hemisphere except NE U.S. | listed - T | 11/2/1987 | 52 FR 42064 | |
| Tern, roseate[2] | Sterna dougallii dougallii | northeast U.S. nesting pop. | listed - E | 11/2/1987 | 52 FR 42064 | |
| Topminnow, Gila (incl. Yaqui)[3] | Poeciliopsis occidentalis | U.S.A. only | listed - E | 3/11/1967 | 32 FR 4001 | |
| Tortoise, desert[2] | Gopherus agassizii | U.S.A., except in Sonoran Desert | listed - T | 8/20/1980 | 45 FR 55654 | |

**ATTACHMENT 1: DISTINCT POPULATION SEGMENTS DESIGNATED BY THE FISH AND WILDLIFE SERVICE**

| Inverted Common Name | Scientific Name | Where DPS Listed | Action Taken on Status of DPS | Date of Action | Federal Register citation | Notes |
|---|---|---|---|---|---|---|
| Tortoise, gopher[2] | Gopherus polyphemus | West of Mobile/Tombigbee Rs. | listed - T | 7/7/1987 | 52 FR 25376 | |
| Treefrog, pine barrens[1] | Hyla andersonii | FL pop. | listed - E | 11/11/1977 | 42 FR 58754 | |
| Treefrog, pine barrens[2] | Hyla andersonii | FL pop. | Delisted | 11/22/1983 | 48 FR 52740 | Delisted because more widely distributed than previously thought. |
| Trout, bull | Salvelinus confluentus | Klamath River and Columbia River Basin DPSs | listed - T | 6/10/1998 | 63 FR 31647 | Klamath R and Columbia R. DPSs were listed as T in 1998; Jarbridge DPS was listed as T in 1999; in 1998, we determined that Coastal Puget Sound and St. Mary-Belly R. populations also constituted DPSs but because these 5 bull trout DPSs represented the entire range of the species within the U.S., the listings were combined into one lower 48 states listing. |
| Trout, bull | Salvelinus confluentus | Jarbidge DPS | listed - T | 4/8/1999 | 64 FR 17110 | Klamath R and Columbia R. DPSs were listed as T in 1998; Jarbridge DPS was listed as T in 1999; in 1998, we determined that Coastal Puget Sound and St. Mary-Belly R. populations also constituted DPSs but because these 5 bull trout DPSs represented the entire range of the species within the U.S., the listings were combined into one lower 48 states listing. |
| Trout, bull | Salvelinus confluentus | U.S.A., conterminous, lower 48 states | listed - T | 11/1/1999 | 64 FR 58909 | In 1999, we determined that Coastal Puget Sound and St. Mary-Belly R. populations also constituted DPSs but because the 5 bull trout DPSs represented the entire range of the species within the U.S., the listings were combined into one lower 48 states listing. |
| Turtle, bog (=Muhlenberg) | Clemmys muhlenbergii | northern | listed - T | 11/4/1997 | 62 FR 59605 | |
| Wolf, gray[1] | Canis lupus | MN | listed - T | 3/9/1978 | 43 FR 9607 | The MN population was included in Great Lakes DPS when delisted. |

# ATTACHMENT 1:  DISTINCT POPULATION SEGMENTS DESIGNATED BY THE FISH AND WILDLIFE SERVICE

| Inverted Common Name | Scientific Name | Where DPS Listed | Action Taken on Status of DPS | Date of Action | Federal Register citation | Notes |
|---|---|---|---|---|---|---|
| Wolf, gray[1] | Canis lupus | Western Great Lakes DPS | Delisted | 2/8/2007 | 72 FR 6105 | DPS designated and delisted in same action.  MN population was included in this delisting action. |
| Wolf, gray[1,3] | Canis lupus | Lower 48 States, except where delisted and where designated as an experimental population. Mexico. | listed - E | 3/9/1978 | 43 FR 9607 | Originally listed in 1967 as timber wolf (Canis lupus lycaon); Northern Rocky Mountains wolf (Canis lupus irremotus) added in 1973; Mexican wolf (Canis lupus baileyi) and Texas gray wolf (Canis lupus monstrabilis) added in 1976; in 1978, gray wolf (Canis lupus) was listed as E in the lower 48 and Mexico, and T in MN.  In 2003 the gray wolf listing was divided into 3 DPSs, an Eastern DPS and a Western DPS which were downlisted to threatened, and a Southwestern DPS that retained endangered status.  This rulemaking was vacated by court order and the prior status reinstated.  The lower 48 DPS listing was subsequently modified by the delisting of Great Lakes DPS and Northern Rocky Mountains DPS. |
| Wolf, gray[1] | Canis lupus | Northern Rocky Mountains DPS | Delisted (now reinstated to lower 48 listing ) | 2/27/2008 | 73 FR 10513 | DPS designated and delisted in same action |

[1] Denotes species listed prior to when the "distinct population segment" language was included in the ESA per the 1978 amendments, and which are considered to be a DPS.

Page 6

**ATTACHMENT 1: DISTINCT POPULATION SEGMENTS DESIGNATED BY THE FISH AND WILDLIFE SERVICE**

| Inverted Common Name | Scientific Name | Where DPS Listed | Action Taken on Status of DPS | Date of Action | Federal Register citation | Notes |
|---|---|---|---|---|---|---|
| | | | | | | |

[2] Denotes species listed after the 1978 amendments and prior to the 2/7/1996 FWS-NOAA Fisheries DPS Policy.

[3] Denotes DPSs created or modified by action to delist/reclassify one or more populations of the species

**ATTACHMENT 2: DISTINCT POPULATION SEGMENTS DESIGNATED BY THE NATIONAL MARINE FISHERIES SERVICE**

| Common Name | Where DPS Listed | Action Taken | Date of Action | Federal Register Citation | Notes |
|---|---|---|---|---|---|
| Green sturgeon | Southern DPS | listed - T | 4/7/2006 | 71 FR 17757 | |
| Killer whale | Southern resident DPS | listed - E | 11/18/2005 | 70 FR 69903 | |
| Smalltooth sawfish | U.S. population | listed - E | 4/1/2003 | 68 FR 15674 | |
| Atlantic salmon | Gulf of Maine DPS | listed - E | 11/17/2000 | 65 FR 69459 | |
| Steller sea lion | Western DPS | listed - E | 5/5/1997 | 62 FR 24345 | Originally listed as T rangewide in 1990 (55 FR 49204, 11/26/90). Divided into a Western DPS that was uplisted to E and an Eastern DPS that remained listed as T in 1997. |
| Steller sea lion | Eastern DPS | listed - T | 5/5/1997 | 62 FR 24345 | Originally listed as T rangewide in 1990 (55 FR 49204, 11/26/90). Divided into a Western DPS that was uplisted to E and an Eastern DPS that remained listed as T in 1997. |
| Gray whale | Western North Pacific DPS | listed - E | 6/16/1994 | 59 FR 31094 | Originally listed as E rangewide in 1970 (35 FR 18319, 12/2/70). Divided in 1994 into a Western North Pacific DPS that remained listed as E and an Eastern North Pacific DPS that was delisted due to recovery. |
| Green turtle** | Florida and Mexico Pacific coast breeding colonies | listed - E | 7/28/1978 | 43 FR 32800 | |
| Green turtle** | All other areas | listed - T | 7/28/1978 | 43 FR 32800 | |
| Olive ridley turtle** | Mexico Pacific coast breeding colonies | listed - E | 7/28/1978 | 43 FR 32800 | |
| Olive ridley turtle** | All other areas | listed - T | 7/28/1978 | 43 FR 32800 | |

*T=threatened; E=endangered*
*\*\* Green and Olive ridley turtle populations are technically not DPSs because they were listed before the "distinct population segment" language was included in the ESA per the 1978 amendments.*

Page 1

**ATTACHMENT 2: DISTINCT POPULATION SEGMENTS DESIGNATED BY THE NATIONAL MARINE FISHERIES SERVICE**

| Species | DPS | Status | Date | FR Citation | Notes |
|---|---|---|---|---|---|
| Chinook salmon*** | California coastal | listed - T | 9/16/1999 | 64 FR 50394 | *** All Pacific salmon and steelhead trout previously listed were re-evaluated in 2005 (70 FR 37160, 6/28/05) and 2006 (71 FR 834, 1/5/06 for steelhead trout). Unless the status changed or the review resulted in a new listing, the original listing date is provided. |
| Chinook salmon*** | Central Valley spring-run | listed - T | 9/16/1999 | 64 FR 50394 | |
| Chinook salmon*** | Lower Columbia River | listed - T | 3/24/1999 | 64 FR 14308 | |
| Chinook salmon*** | Upper Columbia River spring-run | listed - E | 9/16/1999 | 64 FR 50394 | |
| Chinook salmon*** | Puget Sound | listed - T | 9/16/1999 | 64 FR 50394 | |
| Chinook salmon*** | Sacramento River winter-run | listed - E | 1/4/1994 | 59 FR 440 | Originally listed as T by emergency interim rule (54 FR 32685, 8/4/89); Listed as T by emergency interim rule (55 FR 12191, 4/2/90); Listed as T (55 FR 46515, 11/5/90). |
| Chinook salmon*** | Snake River fall-run | listed - T | 4/2/1992 | 57 FR 14658 | Correction (57 FR 23458, 6/3/92) |
| Chinook salmon*** | Snake River spring/ summer run | listed - T | 4/2/1992 | 57 FR 14658 | Correction (57 FR 23458, 6/3/92) |
| Chinook salmon*** | Upper Willamette River | listed - T | 9/16/1999 | 64 FR 50394 | |
| Chum salmon*** | Columbia River | listed - T | 3/25/1999 | 64 FR 14508 | |
| Chum salmon*** | Hood Canal summer-run | listed - T | 3/25/1999 | 64 FR 14508 | |
| Coho salmon*** | Lower Columbia River | listed - T | 6/28/2005 | 70 FR 37160 | |
| Coho salmon*** | Southern Oregon and Northern California coasts | listed - T | 5/6/1997 | 62 FR 24588 | |

*T=threatened; E=endangered*
*\*\* Green and Olive ridley turtle populations are technically not DPSs because they were listed before the "distinct population segment" language was included in the ESA per the 1978 amendments.*

**ATTACHMENT 2: DISTINCT POPULATION SEGMENTS DESIGNATED BY THE NATIONAL MARINE FISHERIES SERVICE**

| Species | DPS | Status | Date | Citation | Notes |
|---|---|---|---|---|---|
| Coho salmon*** | Oregon coast coho | listed - T | 2/11/2008 | 73 FR 7816 | The Oregon coast coho decision was deferred 6 months and a not warranted finding issued. (71 FR 3033, 1/19/06). The not warranted finding was challenged and invalidated on 10/9/07, and the Oregon coast coho was relisted as T (73 FR 7816, 2/11/08). |
| Sockeye salmon*** | Ozette Lake | listed - T | 3/25/1999 | 64 FR 14528 | |
| Sockeye salmon*** | Snake River | listed - E | 11/20/1991 | 56 FR 58619 | |
| Steelhead Trout *** | Puget Sound | listed - T | 5/11/2007 | 72 FR 26722 | |
| Steelhead Trout *** | Central California coast | listed - T | 8/18/1997 | 62 FR 43937 | |
| Steelhead Trout *** | Snake River Basin | listed - T | 8/18/1997 | 62 FR 43937 | |
| Steelhead Trout *** | Upper Columbia River | listed - E | 8/18/1997 | 62 FR 43937 | Reclassified to T (71 FR 834, 1/5/06). Reinstated to E by court order dated 6/13/07. |
| Steelhead Trout *** | Southern California | listed - E | 8/18/1997 | 62 FR 43937 | |
| Steelhead Trout *** | Middle Columbia River | listed - T | 3/25/1999 | 64 FR 14517 | |
| Steelhead Trout *** | Lower Columbia River | listed - T | 3/19/1998 | 63 FR 13347 | |
| Steelhead Trout *** | Upper Willamette River | listed - T | 3/25/1999 | 64 FR 14517 | |
| Steelhead Trout *** | Northern California | listed - T | 6/7/2000 | 65 FR 36074 | |
| Steelhead Trout *** | South-Central California coast | listed - T | 8/18/1997 | 62 FR 43937 | |
| Steelhead Trout *** | California Central Valley | listed - T | 3/19/1998 | 63 FR 13347 | |
| Coho salmon*** | Central California coast | reclassified - T to E | 6/28/2005 | 70 FR 37160 | |

*T=threatened; E=endangered*
*\*\* Green and Olive ridley turtle populations are technically not DPSs because they were listed before the "distinct population segment" language was included in the ESA per the 1978 amendments.*

**ATTACHMENT 2: DISTINCT POPULATION SEGMENTS DESIGNATED BY THE NATIONAL MARINE FISHERIES SERVICE**

| | | | | | |
|---|---|---|---|---|---|
| Gray whale | Eastern North Pacific DPS | delisted | 6/16/1994 | 59 FR 31094 | Originally listed as E rangewide in 1970 (35 FR 18319, 12/2/70). Divided in 1994 into a Western North Pacific DPS that remained listed as E and an Eastern North Pacific DPS that was delisted due to recovery. |
| Beluga whale | Cook Inlet DPS | proposed for listing - E | 4/20/2007 | 72 FR 19854 | |

*T=threatened; E=endangered*
*\*\* Green and Olive ridley turtle populations are technically not DPSs because they were listed before the "distinct population segment" language was included in the ESA per the 1978 amendments.*