UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
THE HUMANE SOCIETY OF THE           )
UNITED STATES, *et al.*,            )
                                    )
       Plaintiffs,                 )
                                    )
  v.                                )  Civil Action No. 07-0677 (PLF)
                                    )
DIRK KEMPTHORNE, Secretary,         )
United States Department of the Interior, *et al.*, )
                                    )
       Defendants.                 )
_____)

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that plaintiffs' motion for summary judgment [27] is GRANTED; it is

FURTHER ORDERED that defendants' motion for summary judgment [42] is DENIED; it is

FURTHER ORDERED that defendant-intervenors' motion for summary judgment [43] is DENIED; it is

FURTHER ORDERED that plaintiffs' motion to supplement the administrative record [28] is DENIED as moot; it is

FURTHER ORDERED that defendant-intervenors' motion to supplement the administrative record [59] is DENIED as moot; it is

FURTHER ORDERED that the motion to supplement the administrative record filed by certain amici curiae [48] is DENIED as moot; and it is

FURTHER ORDERED that the Final Rule Designating the Western Great Lakes Populations of Gray Wolves as a Distinct Population Segment; Removing the Western Great Lakes Distinct Population Segment of the Gray Wolf from the List of Endangered and Threatened Wildlife, promulgated at 72 Fed. Reg. 6052 (Feb. 8, 2007), is vacated and remanded to the United States Fish and Wildlife Service for further proceedings consistent with the Opinion issued this same day.

The Clerk of this Court shall remove this case from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 29, 2008